Name James A. Polt
645 G. Street Ste. 100 #765
Anchorage, Alaska. 99501

Mailing address

000-000-0000

Telephone

PRO PER PLAINTIFF

RECEIVED
MAY 1 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE. ALASKA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

JAMES ANDREW POLT ,
(Full name of plaintiff in this action)

Plaintiff,

vs.

ANCHORAGE NEIGHBORHOOD
HOUSING SERVICES, INC. ,

_____ ,

_____ ,

_____ ,

(Full names of ALL defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 3:06-CV-00119 TMB
(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. §3604**

### A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. §3604. If you assert jurisdiction under any different or additional authorities, list them below.

28 U.S.C. § 1343 NOTE. 50 (PRO 'SE PLAINTIFFS)

_____

_____

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the Civil Rights of <u>James ANDREW POLT</u>, who presently Resides at <u>645 G. Street Ste. 100 #765 Anchorage, AK. 99501</u>,
(Mailing address)
were violated by the Below Named Non-profit Corporation and employees thereof.

The actions were directed against plaintiff at the Addaide Apts. 201 E. 9th avenue. Anchorage, AK 99501

On the Following dates <u>August 1st 2005. November, 2nd 4th & 8th, 2005. December 2nd and December 6th, 2005.</u>

2. <u>Defendant</u>

Defendant No. 1, <u>ANCHORAGE NEIGHBORHOOD HOUSING SERVICES, INC.</u>

<u>  X  </u>. This Defendant and employees thereof Personally participated in violating My Civil Rights. And I Seek Re-imbursment to Medicare-Medicaid For Medical Bills I've encured. And Because of Defendants and Employees thereof, Outrageous Behavior. I allso Seek punitive damages, against the Defendant in this case.

### C. Causes of Action

<u>Claim 1:</u> The following Civil Right has been violated: <u>Discrimination in Housing - Percieved Symptoms of Mental Illness/Disability.</u>

<u>Supporting Facts:</u> Page 1 of 2

My Name is James A. Pect. And I am mentally and Neurologically Disabled. I Live in a Federally Subsidized privately owned Apartment Building. THE ADELAIDE APARTMENTS. 201 E. 9TH AVENUE, Anchorage, Alaska. 99501. Owned and operated by ANCHORAGE NEIGHBORHOOD HOUSING SERVICES, INC. 480 West Tudor Road, Anchorage, Alaska. 99503. Formerly ANCHORAGE MUTUAL HOUSING ASSOCIATION, INC. On the neighboring Apt. Unit the Sound abatement Material (weather stripping) had worn out and Fallen off his Front Door Frame. Causing excessively loud Noise from the Front Door slamming shut to enter into my apartment unit. I First complained about this problem to the ADELAIDE APTS. Assistant Manager on August 1st, 2005. After nothing was done to fix this problem I continued to complain. Sending complaints directly to Anchorage Neighborhood Housing Services, Inc. Corporate offices. On November 2nd, 4th and 8th, 2005. And December 2nd, 2005.

Instead of investigating my valid complaints. The Defendant and employees thereof, percieved me to be hearing these Sounds in my head Because I am mentally ill. So they Refused to inspect my Complaints or try to alleviate this problem. And on December 6th, 2005. The Adelaide Apts. Manager came to my apartment accompanied by an Emergency Mental health services technician to "Evaluate" me for "Sounds I was hearing in my head", which they percieved me to be hearing. And I was in Fear of being Committed to a Mental Hospital against my will. Only after I produced evidence that I was Seeing a medical Doctor for injuries to my ears and hearing due to the neighboring units door slamming shut did they Finally Leave me alone. The excessively Loud noise entering into my apartment unit #216. From Neighboring unit #215S Deficient Front door Slamming Shut. Has caused me a personal injury (Hyperacusis). And my previously Stabilized Neurological and Mental illness's have become exacerbated. And the Severe Symptoms of these illness's have Reappeared. Including Blackouts, Sleep pattern disturbances, Nightmares, post traumatic stress disorder, delusions, paranoia, psychosis, Depression, Despondency, Suicidal thoughts and Suicidal actions.

I Blame the Defendant and Employees thereof For causing my Personal injury (Hyperacusis). And For causing my previously Stabilized Neurological and Mental illness's to become destabilized. From all the Stress and hardship I have endured Surrounding these Facts. After my Complaint Letters were ignored in early November, 2005. I attempted Suicide on Nov. 10th, 2005. And I have been despondent and have been admitted to the Emergency Room at providence hospital Anchorage, Alaska on two occasions, Since living at the adelaide apts. Medicaid-Medicare has paid thousands of Dollars in medical Bills Directly Related to these Circumstances. And I think the Defendant Should have to Re-imburse Them For these Costs directly Relating to these Circumstances.

Because the Defendant and Employees thereof actions were So Egregeous and Outrageous. For punitive damages and for Medical Bills Current and Ongoing. I ask the Court For a total Combined Judgement against the Defendant in the amount of $225,000.00.* After these initial Complaints listed here. There was many more. And on 5-16-2006, Weather Stripping was placed on # 215S Door Frame. And the problem Was fixed.

Page 3 of 6
A

Supporting Facts: Page 2 of 2

The Adelaide apartments are Single Room Occupancy Units. The apartment units have heavy duty Fire wall Protection Entry doors. That have guide arms on Top of the doors to make them spring shut. The Apartment Units are equiped with a Microwave oven. A two Burner Electric Range. A Small Frigerator and a Sink.
The Bathrooms, Showers, Full Kitchen, T.v. Room, and Computer Room. Are located down the hall in other areas of the Building.
So this Situation was not a typical Scenerio, whose a Neighbor might come and go from their apartment Five or Ten times a day. My Neighbor #215 Leaves and enters his apartment 50 to 100+ times a day. At all hours of the Night and day. with The excessive Loud Noise from his deficient door Slamming Shut entering directly into my apartment Unit #216.
The apartment Unit I Live in #216. is Located on the very end of a Row of apartment Units which Run the Length of the Building. Neighboring apartment unit #215 is Located on the adjoining Lip of the hallway, One of Two apartment units which are Located on the East Side of the Back end of the Building.
This is why #215's Deficient Entry door was causing excessive Noise to enter directly into my apartment Unit.



Please See Diagram 1.

Apt. Unit #214
← Front Door
HAllway
Apt. Unit #217
Front Door
Apt. Unit #216
Front Door
← Front Door
Apt. Unit #215

Page 3 of 6 / B

Diagram A.
(Not To Scale.)

**D. Previous Lawsuits.**

No other Lawsuits have been filed in State or federal Court surrounding these Facts and allegations of Discrimination and Civil Rights violations.

Plaintiff Requests that the Court grant the following Relief.

__X__. Medical Bills and punitive damages Together, in the amount of $225,000.00 In Judgement against the plaintiff in this case.

Plaintiff Requests a trial by ___ Jury, __X__ Court.

DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has Read the above Civil Rights Complaint and that the information contained in the Complaint is true and Correct.

_____James A. Polt_____
(Plaintiffs Original Signature)

_____James Andrew Polt_____
(Plaintiffs Full Name)

United States District Court
For the District of Alaska
222 W. 7th avenue #4
Anchorage, Alaska, 99513-7564  ON  5-19-2006
(Location)                           (Date)

_James A. Polt_  
(Original Signature of Pro'se Litigator)

645 G. Street  
Ste. 100 # 765  
Anchorage, Alaska  
99501  

(Address)

5-19-2006  
(Date)

Page 6 of 6