SOCIAL SECURITY
222 W 8 AVE NO 66
ANCHORAGE AK 99513

Social Security Administration
**Supplemental Security Income**
Notice of Change in Payment

Date: November 27, 2005
Claim Number:

RECEIVED
MAY 19 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

997   B088,M4E,125,005224   000030224 01 AT   0.292

JAMES A POLT
645 G ST STE 100
NO 765
ANCHORAGE AK 99501-3471

21906

We are writing to tell you about changes in your Supplemental Security Income payments. The rest of this letter will tell you more about this change.

We explain how we figured the monthly payment amounts shown below on the last page(s) of this letter. The explanation shows how your income, other than any SSI payments, affects your SSI payment. It also shows how we decided how much of your income affects your payment amount. We include explanations only for months where payment amounts change.

**Information About Your Payments**

- The amount due you beginning January 2006 will be $260.00.

- The amount due you is being raised because the law provides for an increase in Supplemental Security Income payments in January 2006 if there was an increase in the cost-of-living during the past year.

**Your Payment Is Based On These Facts**

Our records show that the following income used to figure your payment has also changed--

   Your increased Social Security benefits--before any deductions for Medicare premiums-- of $363.00. You should receive the increased Social Security benefit about January 3, 2006. We must count the increase in your benefits for January 2006 even though we are counting your other income for November 2005.

See Next Page

SSA-L8151

11/27/2005

# HOW WE FIGURED YOUR PAYMENT FOR January 2006 ON

21904

## Your Payment Amount

| | |
|---|---|
| The most SSI money the law allows us to pay | $603.00 |
| Minus (-) "Total income we count" (see below) | -343.00 |
| **Total Monthly SSI Payment for January 2006 on** | $260.00 |

## Your Income Other Than Your SSI

Income you receive in November 2005 on affects your payment for January 2006 on

| | |
|---|---|
| January 2006 amount of Social Security benefits | $363.00 |
| By law we don't count $20.00 of above income | - 20.00 |
| **Total income we count** | $343.00 |

SSA-L8151

```
SE001-I MORE PAGES EXIST
EIS APBH                    APA/IA BENEFIT HISTORY                  051606 11:40
                                                                      CECILIA R
CASE NAME: POLT , JAMES A                       CASE NUMBER:


BENEFIT     HOUSEHOLD    NET               PROGRAM    RECOUP      BENEFIT      ISS
MONTH       TYPE         CNTBLE INCOME     TYPE       AMOUNT      AMOUNT       IND

0606        A1E              623           AP AD           0       362.00       R
0506        A1E              623           AP AD           0       362.00       P
0406        A1E              603           AP AD           0       362.00       P
0306        A1E              603           AP AD           0       362.00       P
0206        A1E              603           AP AD           0       362.00       P
0106        A1E              603           AP AD           0       362.00       P
1205        A1E              599           AP AD           0       362.00       P
1105        A1E              599           AP AD           0       362.00       P
1005        A1E              599           AP AD           0       362.00       P
0905        A1E              599           AP AD           0       362.00       P
0805        A1E              599           AP AD           0       362.00       P
0705        A1E              599           AP AD           0       362.00       P
0605        A1E              599           AP AD           0       362.00       P
0505        A1E              599           AP AD           0       362.00       P
                                                                    NEXT-->
```

```
SE002-I END OF DISPLAY REACHED
EIS APBH                    APA/IA BENEFIT HISTORY                  051606 11:40
                                                                      CECILIA R
CASE NAME: POLT , JAMES A                       CASE NUMBER:


BENEFIT     HOUSEHOLD    NET               PROGRAM    RECOUP      BENEFIT      ISS
MONTH       TYPE         CNTBLE INCOME     TYPE       AMOUNT      AMOUNT       IND

0405        A1E              599           AP AD           0       302.00       P
```

NEXT-->

```
SE001-I MORE PAGES EXIST
EIS FSBH                        FS BENEFIT HISTORY                   051606 11:40
                                                                     CECILIA R
CASE NAME: POLT , JAMES A                         CASE NUMBER:

                            -----ALLOWABLE DEDUCTIONS-----
BEN   HSEHLD   GROSS   STD          EXC   DEPCAR  SHELT  BEN                    NET  A I PFD
MTH   SZ  TYP  CTB INC DED    20%   MED   CH SUP  COST   TYPE  AMT   RCP        BEN  A I /HH

0606  01  SPE      985  229    0     0      0      0    REGL   10     0         10   R
0506  01  SPE      985  229    0     0      0      0    REGL   10     0         10   P
0406  01  SPE      985  229    0     0      0      0    REGL   10     0         10   P
0306  01  SPE      985  229    0     0      0      0    REGL   10     0         10   P
0206  01  SPE      985  229    0     0      0      0    REGL   10     0         10   P
0106  01  SPE      985  229    0     0      0      0    REGL   10     0         10   P
1205  01  SPE      961  229    0     0      0      0    REGL   10     0         10   P
1105  01  SPE      961  229    0     0      0      0    REGL   10     0         10   P
1005  01  SPE      961  229    0     0      0      0    REGL   10     0         10   P
0905  01  SPE      961  229    0     0      0      0    REGL   10     0         10   P
0805  01  SPE      961  229    0     0      0      0    REGL   10     0         10   P
0705  01  SPE      961  229    0     0      0      0    REGL   10     0         10   P
0605  01  SPE      961  229    0     0      0      0    REGL   10     0         10   P
0505  01  SPE      961  229    0     0      0      0    REGL   10     0         10   P
                                                                              NEXT-->
```

```
SE002-I END OF DISPLAY REACHED
EIS FSBH                        FS BENEFIT HISTORY                   051606 11:41
                                                                     CECILIA R
CASE NAME: POLT , JAMES A                         CASE NUMBER:

                            -----ALLOWABLE DEDUCTIONS-----
BEN   HSEHLD   GROSS   STD          EXC   DEPCAR  SHELT  BEN                    NET  A I PFD
MTH   SZ  TYP  CTB INC DED    20%   MED   CH SUP  COST   TYPE  AMT   RCP        BEN  A I /HH

0405  01  SPE      901  229    0     0      0      0    INIT    0     0          0   P




                                                                              NEXT-->
```