IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JAMES ANDREW POLT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANCHORAGE NEIGHBORHOOD<br>HOUSING SERVICES, INC.,<br><br>　　　　Defendant. | Case No. 3:06-cv-00119-TMB<br><br>ORDER GRANTING<br>WAIVER OF FILING FEE<br>AND DIRECTING<br><u>SERVICE  AND  RESPONSE</u> |

　　　　James Andrew Polt, representing himself, has filed a complaint, alleging discrimination in housing under 42 U.S.C. § 3604.[1]  The complaint, liberally construed, may state a cause of action for certain relief.[2]  Mr. Polt has also filed an

---

　　　[1]  *See* Docket No. 1.

　　　[2]  *See Jackson v. Carey*, 353 F.3d 750, 755 (9th Cir. 2003) ("The 'complaint should not be dismissed unless it appears beyond doubt that [the plaintiff] can prove no set of facts in support of the claim that would entitle [the plaintiff] to relief.' *Thompson*, 295 F.3d at 895. 'The issue is not whether a plaintiff will ultimately prevail but whether the claimant is entitled to offer evidence to support the claims. Indeed it may appear on the face of the pleadings that a recovery is very remote and unlikely but that is not the test.' *Scheuer v. Rhodes*, 416 U.S. 232, 236, 94 S.Ct. 1683, 40 L.Ed.2d 90 (1974).").

application to waive the filing fee, under 28 U.S.C. § 1915, showing that he is unable to pay the $350.00 filing fee in this case.[3]

**IT IS HEREBY ORDERED**:

1. Mr. Polt's application to waive the filing fee, at docket number 4, is GRANTED.

2. Mr. Polt shall proceed with the steps outlined in this Order to insure that service of process is completed within 120 days of the date he filed his complaint.[4]

3. The Clerk of Court shall issue a summons to **Anchorage Neighborhood Housing Services, Inc.**, and send a copy of this Order, the original summons, and a Form 285 to Mr. Polt.

4. Once Mr. Polt receives the summonses **issued** by the Clerk of Court, he shall send a fully completed Form 285, a copy of the complaint, an original and one copy of the summons, and a copy of this Order to:

    United States Marshal
    222 West 7th Avenue, Box 28
    Anchorage, Alaska 99513

5. When the United States Marshal receives from Mr. Polt an appropriately completed Form 285, a copy of the complaint, an original and one copy of the summons, and a copy of this Order, the Marshal shall serve a copy of the

---

[3] *See* Docket No. 4.

[4] *See* FED. R. CIV. P. 4(m).

complaint, summons and this Order upon the defendant. All costs of this service shall be paid in advance by the United States. **Mr. Polt is responsible for paying the U.S. Marshal's fees and costs, however, and will be billed for these fees and costs after service of process is complete.**

6. The defendant shall have twenty (20) days after the date of service to file an answer or other responsive pleading.

7. Mr. Polt shall serve a copy of all further pleadings or documents submitted to the Court upon the defendant or, if an appearance has been entered by counsel for the defendant, on the defendant's attorney. Mr. Polt shall include, with any original paper to be filed with the Clerk of Court, a certificate stating the date that an exact copy of the document was mailed to the defendant or its counsel. A certificate of service may be written in the following form at the end of his document:

> I hereby certify that a copy of the above  (name of document)  was served upon  (name of opposing party or counsel)  by  (mail/fax/hand-delivery)  at       (address)       on      (date)      .
>
> _____
> (Mr. Polt's Signature)

Any paper received by a District Court Judge or Magistrate Judge which has not been filed with the Clerk of Court or which does not include a certificate of service will be disregarded by the Court.

8. Mr. Polt shall provide the Court with the original, plus one complete and legible copy, of every paper he submits for filing, as required by this Court's Local Rule 10.1(b).

9. At all times, Mr. Polt shall keep the Court informed of any change of address. Such notice shall be titled "NOTICE OF CHANGE OF ADDRESS." The notice shall contain **only** information about the change of address, and its effective date. The notice shall not include any requests for any other relief. Failure to file the notice may result in the dismissal of the action for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.

10. No party shall have any *ex parte* communication (that is, communication without the presence and/or knowledge and consent of the other parties) with a District Court Judge or Magistrate Judge of this Court about the merits of this action. Mr. Polt should not write letters to the Court, but must file any requests for action by the Court during these proceedings in the form of a **motion**.

11. The Clerk of Court is directed to send a copy of the Court's motion form, PS12, to Mr. Polt with this Order.

DATED this 6th day of June, 2006, at Anchorage, Alaska.

/s/TIMOTHY M. BURGESS
United States District Judge