IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECEIVED
JUN 2 8 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| JAMES A. POLT,<br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>ANCHORAGE MUTUAL<br>HOUSING ASSOCIATION,<br>　　　　　　　　　Defendant, | CASE NO. 3:06-cv-00119-TMB |

### ENTRY OF APPEARANCE

COMES NOW, Steven L. Jones and Clayton Walker, Jr, of Alaska Law Offices, Inc., hereby enter their appearance on behalf of **Anchorage Mutual Housing Association** in the above-titled action. Please send all pleadings and correspondence in this matter to 921 West Sixth Avenue, Suite 200, Anchorage, Alaska 99501.

ALASKA LAW OFFICES, INC.
Attorney for Defendant

_____
Clayton H. Walker, Jr.
Alaska Bar No. 0001002

**Certificate of Service**
The undersigned hereby certifies that on the
28 day of June, 2006 a copy
of the foregoing was sent to the following via
US Mail

James Polt
645 G Street, Suite 100, Box 765
Anchorage, Alaska 99501

By:_____
　　　Alaska Law Offices, Inc.

ALASKA LAW OFFICES, INC.
921 West Sixth Avenue, Suite 200, Anchorage, Alaska 99501
Phone (907)277-5000 Facsimile (907)277-6108