IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JAMES ANDREW POLT, )
)
        Plaintiffs, )
)
vs. )
)
ANCHORAGE NEIGHBORHOOD )
HOUSING SERVICES, INC. )
)
        Defendants. )
_____) Case No. 3:06-cv-00119-TMB

## ANSWER

Defendant, ANCHORAGE NEIGHBORHOOD HOUSING SERVICES, INC., by and through counsel Alaska Law Offices, Inc. hereby answers the Plaintiffs complaint as follows:

1. Deny the court has jurisdiction because Plaintiff failed to exhaust administrative remedies.
2. Admit the identity of the Plaintiff and his address, deny the remainder.
3. Admit the identity of the Defendant, deny the remainder.
4. Denied.
5. Denied.
6. Denied.
7. Denied

### Affirmative Defenses

1. Plaintiffs claim fails to state a cause of action.
2. The court lacks subject matter jurisdiction because Plaintiff failed to exhaust administrative remedies and the administrative action is still pending.
3. Settlement.
4. Defendant is not a proper party defendant for an American with Disabilities Act claim.
5. Plaintiff failed to request a reasonable accommodation.

ALASKA LAW OFFICES, INC.
921 West Sixth Avenue, Suite 200, Anchorage, Alaska 99501
Phone (907)277-5000 Facsimile (907)277-6111

6.  The same common nucleus of operative facts has already bee asserted in a pending state court action and the court should abstain in entertaining this action under the Colorado Asstension Doctrine.

Defendant reserves the right to amend the pleadings as discovery progresses to assert additional defenses.

Defendant seeks an award of it's costs and attorney fees in this and the previously dismissed matter.

DATED at Anchorage, Alaska on June 28th, 2006

ALASKA LAW OFFICES, INC.

Steven L Jones    9311102
Clayton Walker, Jr    0001002

Certificate of Service

The undersigned hereby certifies that on the 28 day of June, 2006 a copy of the foregoing was sent by US Mail to:

James A. Polt
645 G Street, Suite 100 #765
Anchorage, Alaska 99501

Alaska Law Office

ALASKA LAW OFFICES, INC.
921 West Sixth Avenue, Suite 200, Anchorage, Alaska 99501
Phone (907)277-5000 Facsimile (907)277-6111