IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JAMES ANDREW POLT, )
)
Plaintiffs, )
)
vs. )
)
ANCHORAGE NEIGHBORHOOD )
HOUSING SERVICES, INC. )
)
Defendants. )
_____) Case No. 3:06-cv-00119-TMB

**MOTION TO STAY ACTION AND FOR COSTS OF PREVIOUSLY DISMISSED ACTION**

Defendant files this it's Motion to Stay Action and for Costs of Previously Dismissed Action and is supported by the following brief.

DATED at Anchorage, Alaska this 28th day of June, 2006.

ALASKA LAW OFFICES, INC.

_____
Clayton Walker, Jr.
Alaska Bar # 0001002

ALASKA LAW OFFICES, INC.
921 West Sixth Avenue, Suite 200, Anchorage, Alaska 99501
Phone (907)277-5000 Facsimile (907)277-6111

Motion to Stay Proceedings
Polt v. AMHA 3:06-CV-00119 TMB

Page 1
June 27, 2006