IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JAMES ANDREW POLT, | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) |
| ANCHORAGE NEIGHBORHOOD HOUSING SERVICES, INC. | ) ) ) ) |
| Defendants. | ) ) Case No. 3:06-cv-00119-TMB |

**ORDER GRANTING MOTION TO STAY ACTION AND FOR COSTS OF PREVIOUSLY DISMISSED ACTION**

IT IS HEREBY ORDERED that the above Motion to Stay Action is hereby GRANTED.

Dated: _____  _____

United States District Court Judge

ALASKA LAW OFFICES, INC.
921 West Sixth Avenue, Suite 200, Anchorage, Alaska 99501
Phone (907)277-5000 Facsimile (907)277-6111

Motion to Stay Proceedings
Polt v. AMHA 3:06-CV-00119 TMB

Page 5
June 27, 2006