12/12/2005  15:33   9076778461        AMHA MAIN OFFICE                    PAGE  03

RECEIVED
DEC 0 9 2005
AN;iS, INC.

DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

JAMES A. POLT
                    Plaintiff,
VS.

ALASKA MUTUAL HOUSING ASSOCIATION
                    Defendant.

Case No. 3AN-05-13613 CI

## COMPLAINT

The Plaintiff, JAMES ANDREW POLT. (645 G. STREET STE. 100. # 765.)(Anchorage, AK. 99501.) Seeks an award of an unspecified amount of money, for severe injuries sustained on Defendants property, "the ADELAIDE APARTMENTS" (Located at 201 E. 9th Avenue. Anchorage, Alaska. 99501) Due to the Defendants failure to enforce provisions in A.S 34.03.120.

_____
JAMES A. POLT

I hereby certify that on
12-2-2005 I Delivered
by Certified Mail A True
And Correct Copy of
the foregoing document
To: Alaska Mutual Housing Association
    480 W. Tudor Road
    Anchorage, Alaska. 99503
    _James A. Polt_
    JAMES A. POLT

EXHIBIT 2

ALASKA MUTUAL HOUSING ASSOCIATION 3AN-05-13613 CI         3AN-05-13613CI

IN THE DISTRICT COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| JAMES A. POLT<br><br>                 Plaintiff,<br><br>vs.<br><br>ALASKA MUTUAL HOUSING ASSOCIATION<br><br>                 Defendant. | Case No. 3AN-05-13613 CI |

## NON OPPOSITION TO MOTION TO DISMISS

Plaintiff filed a motion to dismiss in the above captioned case. In his motion, Plaintiff asked the court to dismiss the case (at this time). Defendants do not oppose Plaintiff's Motion to Dismiss, and therefore this case should now be dismissed with prejudice.

DATED at Anchorage, Alaska this 2 day of March, 2006.

ALASKA LAW OFFICES

_____
Steven L. Jones    Alaska Bar # 9311102

## ORDER

IT IS HEREBY ORDERED that the above captioned case is DISMISSED with prejudice

__3/6/06__                                                 _____
Dated                                                      District Court Judge

Certificate of Service
The undersigned hereby certifies that on the
___2___ day of March, 2006 a copy of the foregoing
was sent by mail to:
James A. Polt
645 G Street, Suite 100 #765
Anchorage, Alaska 99501

_____
Alaska Law Office

ALASKA LAW OFFICES, INC.
921 West Sixth Avenue, Suite 200, Anchorage, Alaska 99501
Phone (907)277-5000 Facsimile (907)277-6111

Person Filing Motion:
Name: __JAMES A. POLT__   Daytime Telephone No. __000-000-0000__
Mailing Address: __645 G. STREET STE. 100 #765 Anchorage, AK. 99501__

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA AT __ANCHORAGE__

__JAMES A. POLT__
_____ Plaintiff(s),

vs.

__ALASKA MUTUAL HOUSING ASSOCIATION__
_____ Defendant(s).

CASE NO. __05 13613__ CI
MOTION FOR __DISMISSAL__

I, __James A. Polt__, request that: __This case be dismissed.__

This request should be granted because (Include any statutes, court rules, court decisions and any facts that support granting the request): __Because of my mental illness, (schizophrenia), which sometimes inhibits my ability to properly communicate with other people. I have concluded that I could have complained sooner and more often about the excessive noise that caused my serious ear and hearing problems, relating to this personal injury lawsuit. Because of this and my lack of legal expertise, I ask the court to dismiss this case at this time.__

[Attach extra pages if necessary.]

I certify that all statements in this motion and any attachments are true to the best of my knowledge and belief.

__2-24-2006__   __James A. Polt__
Date                      Signature

**Notice to Opposing Parties:** You have the right to file a written response to this motion. Forms for this (CIV-810 and CIV-820) are available at courts and at www.state.ak.us/courts/forms.htm File your response at (court address): _____.
You must also mail a copy to the person who filed the motion. Civil Rules 77(c)(2) and 6 set the deadline within which you must respond. For most motions, you must respond within 10 days if the motion was personally served on you or within 13 days (from the date of mailing) if the motion was mailed to you.

Page 1 of 2
CIV-805 (5/02) (cs)                                    Civil Rules 6, 7(b) & 77
MOTION

Case Number __0513613 CI__

## CERTIFICATE OF SERVICE

*[If the opposing party is represented by an attorney, you must serve the motion on the attorney rather than on the opposing party.]*

I certify that I mailed (by first class mail) or hand-delivered a copy of this motion to:

Name of Other Party or Attorney: __STEVEN L. JONES__
Address: __921 WEST SIXTH AVENUE, SUITE 200. ANCHORAGE, AK. 99501__
Date: __2-24-2006__            ☐ mailed   ☒ hand-delivered

Name of Other Party or Attorney: _____
Address: _____
Date: _____            ☐ mailed   ☐ hand-delivered

Name of Other Party or Attorney: _____
Address: _____
Date: _____            ☐ mailed   ☐ hand-delivered

_____
Signature of Person Filing Motion

FROM: JAMES A. POLT
645 G. STREET
STE. 100 #765
Anchorage. AK. 99501

2-24-2006

Dear, State of Alaska.
DISTRICT ATTORNEYS OFFICE.

Concerning Consumer Complaint
# CC-C1-2034.

I have Reached agreement with
ALASKA MUTUAL HOUSING ASSOCIATION.
In a fair Conclussion to this Matter.

Signed in Sincerity this day
The 24th, of February. 2006.

James A. Polt.
2-24-2006.