James A. Polt
645 E. Street Suite #765
Anchorage, Alaska 99501
000-000-0000

Pro Per Plaintiff

## IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
### THIRD JUDICIAL DISTRICT AT ANCHORAGE

JAMES ANDREW POLT,

Plaintiff,

VS.

ANCHORAGE NEIGHBORHOOD
HOUSING SERVICES, INC.,

Defendant.

Case No. 3AN-06-6611 CI

### AMENDED
### COMPLAINT

The plaintiff, James A. Polt. Tenant #216 of the adelaide apartments. Located at 201 E. Ninth avenue Anchorage, Alaska. 99501. Owned and Operated by Anchorage Neighborhood Housing Services, Inc. 480 West Tudor Road Anchorage, Alaska. 99503. Formerly Anchorage Mutual Housing Association, Inc.

Claims that the defendant and employees thereof. Between the dates of 8-1-2005 and 5-16-2006. purposely and with malice. Denied Said tenant Basic Landlord Services. Resulting in Mental and phisical injuries to the tenant. Because of these injuries and continuous pain and suffering associated with these injuries.

The plaintiff Seeks a Remedial Settlement award in the amount of $225,000.00        , From the defendant in this Case.

### Certificate of Service

I hereby Certify that on June 6th, 2006. I mailed or hand delivered a true and Correct Copy of the Foregoing Document To The Following People: Michael Courtney. Housing Director For. Anchorage Neighborhood Housing Services, Inc. 480 N. Tudor. Rd. Anchorage, AK. 99503

James A. Polt

James a. Polt

Page   of
POLT V. ANCHORAGE
NEIGHBORHOOD HOUSING
SERVICES 3AN-06-6611 CI
COMPLAINT

James a. Polt

JAMES A. POLT

**EXHIBIT   4**

JAMES A. POLT
645 G. STReet Ste 100 # XE
AnchoRage, Alaska, 99501
980 - 000 - 0000

IN THE DISTRICT (SUPERIOR) COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORGE

JAMES A. POLT
                                        PLAINTIFF,

Vs.

ALASKA MUTUAL
HOUSING ASSOCIATION,
                                        DEFENDANT.          CASE NO. 3AN - 06 - 6611 CI

COMPLAINT

The PLAINTIFF, JAMES A. POLT, Tenant # 216 of the
ADELAIDE APARTMENTS, Located AT 201 E. 9th AVENUE,
Anchorage, ALASKA, 99501. Owned and operated by
ALASKA MUTUAL HOUSING ASSOCIATION. 480 West
Tudor Road. Anchorage, Alaska. 99503. Claims that
the DEFENDANT has purposely with malicious intent
Denied said Tenant Basic Landlord Services. Resulting
in Mental and Phisical Injuries to the Tenant.
Because of these Injuries and Continuos pain and
Suffering Associated with these Injuries. The
PLAINTIFF Seeks a Remedial Settlement Award
in the amount of $225,000.00 from the DEFENDENT
in this Case.

CERTIFICATE OF SERVICE
I hereby certify that on
4-3-2006 I Mailed OR Hand
delivered a true and Correct Copy
of the Foregoing Document to the
Following People:
MICHAEL COURTNEY / RepResentitive
FOR: ALASKA MUTUAL HOUSING
       ASSOCIATION 480 W. TUDOR Rd.
       Anchorage, Alaska. 99503
                                    James A. Polt

                                    James a. polt
                                    JAMES A. POLT

Polt, Polt
FOR : ALASKA MUTUAL HOUSING
       ASSOCIATION
       3 AN- 06 - 6611 __ CI
       COMPLAINT

# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

## THIRD JUDICIAL DISTRICT AT ANCHORAGE

JAMES A. POLT, )
)
            Plaintiff, )
)
vs. )
)
ANCHORAGE MUTUAL )
HOUSING ASSOCIATION, )
)
           Defendant, )
)

**COPY**
Original Received

JUN 27 2006

Clerk of the Trial Courts

CASE NO. 3AN-06-6611 CI

*Left margin:* ALASKA LAW OFFICES, INC.
921 West Sixth Avenue, Suite 200, Anchorage, Alaska 99501
Phone (907)277-5000 Facsimile (907)277-6108

## ANSWER

Defendant, ANCHORAGE MUTUAL HOUSING ASSOCIATION, by and through counsel Alaska Law Offices, Inc. hereby answers the Plaintiffs complaint as follows:

1.    Defendant admits James A. Polt is a tenant in Unit 216 at Adelaide Apartments.

2.    Defendant denies ownership of the building

3.    Admit management of the building on behalf of the owners.

4.    Denied the remainder.

### Affirmative Defenses

1.    Plaintiffs claim fails to state a cause of action upon which relief may be granted.

2.    The court lacks subject matter jurisdiction because Plaintiff failed to exhaust his administrative remedies.

3.    Settlement.

DATED at Anchorage, Alaska, on this 27th day of June, 2006.

ALASKA LAW OFFICES, INC.
Attorney for Defendant

Clayton H. Walker, Jr.
Alaska Bar # 0001002

**Certificate of Service**
The undersigned hereby certifies that on the 27 day of
June, 2006 a copy of the foregoing was sent to the following via US Mail

James Polt
645 G Street, Suite 100, Box 765
Anchorage, Alaska 99501