James Andrew Polt
(NAME)
645 G. Street Ste. 100 #765
Anchorage, Alaska. 99501
(mailing address)
000-000-0000
(Phone)

PRO PER PLAINTIFF

RECEIVED
JUN 1 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

JAMES ANDREW POLT
(Full Name of Plaintiff in this action)

Plaintiff,

vs.

ANCHORAGE NEIGHBORHOOD
HOUSING SERVICES, INC.
(Full Name of Defendant in this action)

Defendant.

Case No. 3:06-CV-00119 TMB

(AMENDED)
COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 3604

A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(A)(4) and 42 U.S.C § 3604. Jurisdiction is allso asserted under 28 U.S.C. § 1343. Note. 50, (PRO'SE complaints).

Page 1 of 9 AB

EXHIBIT 5

James A. Polt
2006.

B. Parties

1. <u>Plaintiff</u> : This complaint alleges that the Civil Rights of <u>James Andrew Polt</u>, who presently resides at <u>645 G. Street Ste. 100 #765 Anchorage, AK. 99501</u>
(mailing address)
were violated by the below named non-profit corporation and employees there of.
The actions were directed against plaintiff at <u>The Adelaide Apartments 201 E. 9th avenue Anchorage, Alaska. 99501</u>
On the following dates <u>August 1st. 2005, November 2nd, 4th and 8th, 2005, December 6th and 15th 2005, January 12th, 2005, And etc. etc. etc.</u>

2. <u>Defendant</u>,

X <u>Anchorage Neighborhood Housing Services, Inc.</u>

This Defendant and Employees thereof. Personally participated in violating my Civil Rights. And I seek Re-imbursement to medicaid- medicare for Medical Bills I've encured Relating to these facts and Circumstances surrounding this Complaint.
And because of Defendant and employees thereof <u>exceptionally</u> harmful, egregious and outrageous behavior, surrounding these facts and circumstances Relating to this Complaint. I also seek punitive damages against the defendant in this case.

C. Causes of action

Claim 1: The following Civil Right has been Violated: Discrimination in Housing, Failure to Accomodate Reasonable Request from Disabled person.

Supporting facts:

I am Mentally and Neurologically disabled. I Live in #216 of the Adelaide Apartments. Located at 201 E. 9th avenue. Anchorage, Alaska. 99501. Owned and operated by Anchorage Neignborhood Housing Services, Inc. 480 W. tudor Road Anchorage, Alaska. 99503. (Formerly, Anchorage Mutual Housing Association, Inc.)

Because of Excessively loud noise entering into my apartment unit, from the entry door slamming shut of Neighboring Apartment Unit #215. I developed a Medical Condition called Hyperacusis. Which is inner Ear pain and a Sensitivity to Sound and Loud Noises. On November 2nd, 4th, 8th and december 15th, 2005. And etc. Etc. (Too numerous to count).

I wrote letters to Anchorage Neighborhood Housing Services, Inc. Requesting a Reasonable accomodation to fix the problem of excessive noise entering into my apartment unit. And on December 6th, 2005. In an unrelated meeting with the Adelaide Apartments Manager. I explained my Medical Conditions with the Manager and my need for accomodation in this matter. For months my Requests were ignored. And after many more complaints (Too numerous to count). The problem was "tentatively" fixed on May 16th, 2006.

I blame the Defendant in this case, and Employees thereof. For Causing the Medical Condition Hyperacusis which I developed. And I blame the Defendant and Employees thereof. For causing my previously stabilized Neurological and Mental Conditions to become exasperbated. The effects of these exasperbated Medical Conditions are: Blackouts, Sleep pattern disturbances, Nightmares, Post-traumatic Stress disorder, delusions, paranoia, Psychosis, Multi-personality disorder, depression, despondency, Suicidal thoughts and Suicidal actions.

Medicaid-Medicare has paid thousands of dollars in medical bills directly Relating to these Facts and Circumstances. And I think they should have to Re-pay Medicaid-Medicare For these Costs, if the Court finds the Defendant at fault. And allso. Because of the Defendant and Employees thereof Exceptionally Harmful, egregious and outrageous Behavior Surrounding these facts and Circumstances.

The Plaintiff is allso Seeking punitive damages against the Defendant in this case.

Claim 2 : The following Civil Right has been Violated: Discrimination in Housing. Failure to Accomodate Reasonable Request From Disabled Person. Because of percieved Symptoms of Mental illness.

Supporting facts:

I am Mentally and Neurologically disabled. I Live in # 216 of the Adelaide Apartments. Located at 201 E. 9th avenue. Anchorage, Alaska. 99501. Owned and Operated by Anchorage Neighborhood Housing Services, Inc. 480 west tudor Road. Anchorage, Alaska. 99503. (Formerly, Anchorage Mutual Housing Association, Inc.)

Excessively Loud Noise was entering into my apartment unit, From the entry door Slamming Shut of Neighboring apartment unit # 218.

I verbally Complained to the Adelaide Apartments assistant Manager on August 1st, 2005 about this problem. The problem was Not investigated or fixed, as I Requested.

On November 2nd, 4th and 8th, 2005. I Continued to Complain. Sending Complaint Letters directly to Anchorage Neighborhood Housing Services, Inc. Corporate offices, Requesting accomodation. Still. The problem was not investigated or fixed.

And on December 6th, 2005. The Adelaide Apartments Manager came to my apartment accompanied by a Mental health Services technician who was called to evaluate me For "Sounds" they percieved me to be "hearing in my head", this their response to my Complaint Letters. This episode scared me. And put me in fear of being committed to a Mental institution against my will, Because of these false assumptions and false charges against my person, because they knew I suffered From Schizophrenia and am Mentally ill.

Page 4 of 9 AB

**Supporting Facts: (Supplement.)**

The Adelaide Apartments are Single Room Occupancy Units. The apartment units have heavy duty fire wall protection entry doors. These entry doors have powerful guide arms on top of the doors to make them spring shut automatically. The apartment units are equipped with a microwave oven, a two burner electric range, a small refrigerator and a sink. The bathrooms, showers, full kitchen, T.V room, telephones, computer room and meeting rooms. Are located down the hall in other areas of the building.

So this living situation is not a typical apartment setting scenerio, where a neighbor might come and go from their apartment unit five or ten times a day.

My neighbor #215 leaves and enters his apartment unit 50 to 100+ times a day on average.

The apartment unit I live in #216. Is located on the very end of a row of apartments on the east side of the 2nd floor which run the length of the building. Neighboring apartment unit #215 is located on the adjoining lip of the hallway. One of two apartment units which are located on the east side of the back end of the building on the 2nd floor. Thus, #215's entry door is directly facing into the side of my apartment unit.

Please See Diagram A. below.



Page 5 of 9 AB

Diagram A.
(Not to Scale)

D. Previous Lawsuits

No other Lawsuits have been filed in State or Federal Court Surrounding these facts and allegations of Discrimination And Civil Rights violations

_____James a. Polt_____    6-12-2006
(Original Signature of Pro Se Litigator)    (Date)

645 G. Street Ste. 100 #765

Anchorage, Alaska. 99501
(Mailing address)

000-000-0000
(Phone)

Page 8 of 9 AB

### Notes on amended Complaint

Concerning claims of Discrimination. I have been somewhat confused about individual claims filed in seperate Lawsuits. Or claims filed together in a single Lawsuit.

After further Research and knowing that (practically) the same set of facts are involved in both claims. I now realize that under the Law as I know it. That both claims under these circumstances must be made in a single Complaint.

I apologize to the Court, the Clerk of Court, and to the Defendant. For any inconvienience or extra work that this amended Complaint may cause any of you.

Sincerely From:
James A. Polt
June twelveth two thousand six

### Additional Note

I would like to thank the U.S. government and the people of the United States. for your generosity and kindness in helping low income individuals to proceed in court to exercise their legal rights.
Without this generosity and kindness alot of people would be left justiceless.

Thank you all. very, very much.

Most Sincerely from:
James Andrew Polt
6-12-2006

Page 9 of 9 AB
A

## Certificate of Service

I hereby certify that a copy of the above __Amended Complaint__ was served upon __Housing Director, Michael Courtney, Anchorage Neighborhood Housing Services, INC.__ By __Mail__ At __480 W. Tudor Rd. Anchorage, AK. 99503__ ON __6-12-2006__

_James A. Polt_
James A. Polt

Name: James A. Polt
645 G. Street Ste. 100 #765
Anchorage, Alaska. 99501

Mailing address

000-000-0000

Telephone

PRO PER PLAINTIFF

RECEIVED
MAY 19 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

JAMES ANDREW POLT,

(Full name of plaintiff in this action)

Plaintiff,

vs.

ANCHORAGE NEIGHBORHOOD HOUSING SERVICES, INC.,

_____,

_____,

_____,

(Full names of ALL defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 3:06-CV-00119 TMB

(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 3604**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 3604. If you assert jurisdiction under any different or additional authorities, list them below.

28 U.S.C. § 1343 NOTE. 50 (PRO SE PLAINTIFFS)

Page 1 of 6

PS02 (6/03)

B. Parties

1. Plaintiff: This Complaint alleges that the Civil Rights of _James ANDREW POLT_, who presently Resides at _645 G. Street Ste. 100 #765 Anchorage, AK. 99501_,
(mailing address)
were violated by the Below Named Non-Profit Corporation and employees thereof.
The actions were directed against plaintiff at the Adelaide Apts. 201 E. 9th avenue. Anchorage, AK 99501

On the Following dates _August 1st 2005. November, 2nd, 4th & 8th, 2005. December 2nd and December 6th, 2005._

2. Defendant

Defendant NO. 1, _ANCHORAGE NEIGHBORHOOD HOUSING SERVICES, INC._

__X__. This Defendant and employees thereof personally participated in violating my Civil Rights. And I Seek Re-imbursment to Medicare-Medicaid For Medical Bills I've encured.
And Because of Defendants and Employees thereof, Outrageous Behavior. I allso Seek punitive damages, against the Defendant in this case.

## C. Causes of Action

**Claim 1:** The following Civil Right has been violated: Discrimination in Housing - Percieved Symptoms of Mental Illness / Disability.

**Supporting Facts:** Page 1 of 2

My Name is James A. Poet. And I am mentally and Neurigically Disabled. I Live in a Federally Subsidized privately owned Apartment Building. THE ADELAIDE APARTMENTS, 201 E. 9TH AVENUE, Anchorage, Alaska. 99501, Owned and operated by ANCHORAGE NEIGHBORHOOD HOUSING SERVICES, INC. 480 West Tudor Road, Anchorage, Alaska. 99503. Formerly ANCHORAGE MUTUAL HOUSING ASSOCIATION, INC. On the neighboring Apt. unit the Sound abatement Material (weather stripping) had worn out and Fallen off his Front Door Frame. Causing excessively loud Noise From The Front Door Slamming Shut to enter into my apartment unit. I first Complained about this problem to the ADELAIDE APTS. Assistant Manager on August 1st, 2005. After Nothing was done to fix this problem I Continued to complain. Sending complaints directly to Anchorage Neighborhood Housing Services, Inc's Corporate offices. On November 2nd, 4th and 8th, 2005. And December 2nd, 2005.

Instead of investigating my valid Complaints. The Defendant and employees thereof. Percieved me to be hearing these Sounds in my head Because I am mentally ill. So they Refused to inspect my Complaints or try to alleviate this problem. And on December 6th, 2005. The Adelaide Apts. Manager Came to my apartment accompanied by an Emergency Mental health Services technician to "Evaluate" me For "Sounds I was hearing in my head", which they percieved me to be hearing. And I was in Fear of being Committed to a Mental Hospital against my will. Only after I produced evidence that I was Seeing a medical Doctor For injuries to my ears and hearing due to the neighboring units door slamming shot did they Finally Leave me alone.

The excessively Loud noise entering into my apartment unit # 216. From Neighboring unit # 215's Deficient Front door Slamming Shut, has Caused me a personal injury (Hyperacusis). And my previously Stabilized Neurological and Mental illness's have become exacerbated. And the Severe Symptoms of These illness's have Reappeared. Including Blackouts, Sleep pattern disturbances, Nightmares, post traumatic stress disorder, delusions, paranoia, psychosis, Depression, Despondency, Suicidal thoughts and Suicidal actions.

I Blame the Defendant and Employees thereof For Causing my Personal injury (Hyperacusis). And For Causing my previously Stabilized Neurological and mental illness's to become destabilized. From all the Stress and hardship I have endured Surrounding these Facts. After my Complaint Letters were ignored in early November, 2005. I attempted Suicide on Nov. 10th, 2005. And I have been despondent and have been admitted to the Emergency Room at Providence hospital Anchorage, Alaska on two occasions, since living at the adelaide apts. Medicaid-Medicare has paid thousands of Dollars in medical Bills directly Related to these Circumstances. And I think The Defendant Should have to Re-imburse Them For These Costs directly Relating to these Circumstances.

Because the Defendant and Employees thereof actions were So Egregeous and Outrageous. For punitive damages and for Medical Bills Current and ongoing. I ask the Court For a total Combined Judgement against the Defendant in the amount of **$225,000.00**\* After These Initial Complaints Listed here. There was many more. And on 5-16-2006, Weather Stripping was placed on # 215's Door Frame and the problem was Fixed.

Page 3 of 6

Supporting Facts: Page 2 of 2

The Adelaide apartments are Single Room Occupancy Units. The apartment units have heavy duty Fire wall protection Entry doors. That have guide arms on top of the doors to move them Spring Shut. The Apartment units are equiped with a Microwave oven, A two Burner Electric Range, A Small Frigerator and a Sink.
The Bathrooms, Showers, Full Kitchen, TV Room, and Computer Room. Are located down the hall in other areas of the Building.
So this Situation was not a typical Scenerio, where a Neighbor might come and go from their apartment Five or Ten times a day. My Neighbor #215 Leaves and enters his apartment 50 to 100+ times a day. At all hours of the night and day. with The excessive Loud Noise From his deficient door slamming Shut entering directly into my apartment unit #216.
The apartment unit I Live in #216. is Located on the Very end of a Row of apartment units which Run the Length of the Building. Neighboring apartment unit #215 is Located on the adjoining Lip of The hallway, One of Two apartment units which are Located on the East Side of the Back end of the Building.
This is why #215's Deficient Entry door was causing excessive Noise to enter directly into my apartment unit.



Please See Diagram A.

Apt. unit #214

HALLWAY ← Front Door

Apt. unit #217

Apt. unit #216

Apt. unit #215 ← Front Door

← Front Door

Page 3 of 6
3

Diagram A:
(Not To Scale)

D. Previous Lawsuits.

No other Lawsuits have been filed in State or Federal Court Surrounding these Facts and allegations of Discrimination and Civil Rights Violations.

Plaintiff Requests that the Court grant the Following Relief.

__X__. Medical Bills and punitive damages. Together, in the amount of $225,000.00 In Judgement against the plaintiff in This Case.

Plaintiff Requests a trial by ___ Jury, _X_ Court.

DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has Read the above Civil Rights Complaint and that the information contained in the Complaint is true and correct.

_____James A. Polt_____
(Plaintiffs original signature)

_____JAMES Andrew Polt_____
(Plaintiffs Full Name)

United States District Court
 For the District of Alaska
222 W. 7th avenue #4
Anchorage, Alaska, 99513-7564   ON   5-19-2006
(Location)                              (Date)

James a. Port
(Original Signature of pro se Litigator)     5-19-2006
(Date)

645 G. Street
Ste. 100 # 765
Anchorage, Alaska
99501
(Address)

Page 6 of 6