IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JAMES ANDREW POLT,

        Plaintiffs,

vs.

ANCHORAGE NEIGHBORHOOD
HOUSING SERVICES, INC.

        Defendants.

Case No. 3:06-cv-00119-TMB

**ORDER GRANTING MOTION TO STAY ACTION AND FOR COSTS OF PREVIOUSLY DISMISSED ACTION**

IT IS HEREBY ORDERED that the above Motion to Stay Action is hereby GRANTED.

Dated: _____                      _____
                                            United States District Court Judge

ALASKA LAW OFFICES, INC.
921 West Sixth Avenue, Suite 200, Anchorage, Alaska 99501
Phone (907)277-5000 Facsimile (907)277-6111