IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| JAMES ANDREW POLT,<br><br>                    Plaintiffs,<br><br>vs.<br><br>ANCHORAGE NEIGHBORHOOD<br>HOUSING SERVICES, INC.<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-00119-TMB |

## CERTIFICATE OF SERVICE

The udnersigned certifies that on the ___28___ day of June, 2006 a true copy of the **Motion to Stay Action and for Costs of Previously Dismissed Action, Brief in Support of Motion to Stay Action and for Costs of Previously Dismissed Action (plus Exhibits), Order Granting Motion, and Certificate of Service** were sent by regular mail to:

James A. Polt
645 G Street, Suite 100, Box 754
Anchorage, Alaska  99501

DATED at Anchorage, Alaska this ___28___ day of June, 2006.

_/s/ Sharon Jessen_
Sharon M. Jessen

ALASKA LAW OFFICES, INC.
921 West Sixth Avenue, Suite 200, Anchorage, Alaska 99501
Phone (907)277-5000 Facsimile (907)277-6111