RECEIVED
DEC 0 9 2005
AN;IS, INC.

DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

JAMES A. POLT )
                              ) Plaintiff,
VS.                           )
                              )
ALASKA MUTUAL HOUSING ASSOCIATION )
                              ) Defendant.
                              )
                              )   Case No. 3AN-05 13613 CI

## COMPLAINT

The Plaintiff, JAMES ANDREW POLT. (645 G. STREET STE. 100. # 765.) (Anchorage, AK. 99501.) Seeks an award of an unspecified amount of money, for severe injuries sustained on Defendants property, "the ADELAIDE APARTMENTS" (located at 201 E. 9th Avenue. Anchorage, Alaska. 99501) Due to the Defendants failure to enforce provisions in A.S 34.03.120.

_____
JAMES A. POLT

I hereby certify that on
12-2-2005 I Delivered
by Certified Mail A true
and Correct Copy of
the foregoing Document
TO: ALASKA MUTUAL HOUSING ASSOCIATION
    480 W. TUDOR Road
    Anchorage. Alaska. 99503
_____
JAMES A. POLT

EXHIBIT 2

ALASKA MUTUAL HOUSING ASSOCIATION 3AN 05-13613 CI      3AN-05-13613CI

IN THE DISTRICT COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| JAMES A. POLT<br><br>        Plaintiff,<br><br>vs.<br><br>ALASKA MUTUAL HOUSING ASSOCIATION<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Case No. 3AN-05-13613 CI |

**NON OPPOSITION TO MOTION TO DISMISS**
~~ORDER~~

Plaintiff filed a motion to dismiss in the above captioned case. In his motion, Plaintiff asked the court to dismiss the case (at this time). Defendants do not oppose Plaintiff's Motion to Dismiss, and therefore this case should now be dismissed with prejudice.

DATED at Anchorage, Alaska this 2 day of March, 2006.

                                   ALASKA LAW OFFICES

                                   Steven L. Jones    Alaska Bar # 9311102

**ORDER**

IT IS HEREBY ORDERED that the above captioned case is DISMISSED with prejudice

3/6/06
Dated

                                   District Court Judge

Certificate of Service
The undersigned hereby certifies that on the
___2___ day of March, 2006 a copy of the foregoing
was sent by mail to:
James A. Polt
645 G Street, Suite 100 #765
Anchorage, Alaska 99501

Alaska Law Office

[side margin: ALASKA LAW OFFICES, INC. — 921 West Sixth Avenue, Suite 200, Anchorage, Alaska 99501 — Phone (907)277-5000 Facsimile (907)277-6111]

[stamp: 3-7-06 copy of the above was mailed to each of the following at their addresses of record. Jones Polt / Secretary Deputy Clerk]

Person Filing Motion:
Name: __JAMES A. POLT__   Daytime Telephone No. _000-000-0000_
Mailing Address: _645 G. STREET STE. 100 #765 Anchorage, AK. 99501_

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA AT _ANCHORAGE_

_JAMES A. POLT_ )
_____ )
_____ Plaintiff(s), )
 )
vs. )
_ALASKA MUTUAL HOUSING ASSOCIATION_ )
_____ )  CASE NO. _05 13613_ CI
_____ Defendant(s). )  MOTION FOR _DISMISSAL_
 )

I, _James A. Polt_, request that: _This case be dismissed._

_____

_____

_____

This request should be granted because (Include any statutes, court rules, court decisions and any facts that support granting the request): _Because of my mental illness, (schizophrenia) which sometimes inhibits my ability to properly communicate with other people. I have concluded that I could have complained sooner and more often about the excessive noise that caused my serious ear and hearing problems, relating to this personal injury lawsuit. Because of this and my lack of legal expertise. I ask the court to dismiss this case at this time._

[Attach extra pages if necessary.]

I certify that all statements in this motion and any attachments are true to the best of my knowledge and belief.

_2-24-2006_                             _James A. Polt_
Date                                     Signature

**Notice to Opposing Parties:** You have the right to file a written response to this motion. Forms for this (CIV-810 and CIV-820) are available at courts and at www.state.ak.us/courts/forms.htm File your response at (court address): _____.
You must also mail a copy to the person who filed the motion. Civil Rules 77(c)(2) and 6 set the deadline within which you must respond. For most motions, you must respond within 10 days if the motion was personally served on you or within 13 days (from the date of mailing) if the motion was mailed to you.

Page 1 of 2
CIV-805 (5/02) (cs)                              Civil Rules 6, 7(b) & 77
MOTION

Case Number **0513613 CI**

## CERTIFICATE OF SERVICE

*[If the opposing party is represented by an attorney, you must serve the motion on the attorney rather than on the opposing party.]*

I certify that I mailed (by first class mail) or hand-delivered a copy of this motion to:

Name of Other Party or Attorney: **STEVEN L. JONES**
Address: **921 WEST SIXTH AVENUE, SUITE 200. ANCHORAGE. AK. 99501**
Date: **2-24-2006**   ☐ mailed   ☒ hand-delivered

Name of Other Party or Attorney: _____
Address: _____
Date: _____   ☐ mailed   ☐ hand-delivered

Name of Other Party or Attorney: _____
Address: _____
Date: _____   ☐ mailed   ☐ hand-delivered

_____
Signature of Person Filing Motion

FROM: JAMES A. POLT
645 G. STREET
STE. 100 #765
Anchorage. AK. 99501

2-24-2006

Dear, State of Alaska.
DISTRICT ATTORNEYS OFFICE.

Concerning Consumer Complaint
# CC-C1-2034.

I have Reached agreement with
ALASKA MUTUAL HOUSING ASSOCIATION.
In a fair Conclussion to this Matter.

Signed in Sincerity this day
The 24th, of February. 2006.

James A. Polt.
2-24-2006.