

Wells Fargo Home Mortgage
MAC K3214-030
PO Box 107025
Anchorage, AK 99510-7025
800 257-5645 Toll Free
907 257-3478 Fax

February 7, 2006

Mike Courtney
Anchorage Neighborhood Housing Services
480 W. Tudor Road
Anchorage, Ak 99503

RE:   Loan # 1162425756  The Adelaide

Dear Mike:

This is a follow up to our recent phone conversation. Wells Fargo Home Mortgage, as servicing agent for Alaska Housing Finance Corporation, has conducted inspections of the Adelaide property for several years. It has been our opinion that the property has been maintained in excellent condition at all times, and we have not noticed any deficiencies in either the building's construction or maintenance programs.

If you have any further questions or concerns, please feel free to contact me.

Sincerely,

Mike Lauterbach
Property Specialst
907-257-3329

EXHIBIT 3
HUD Complaint

Wells Fargo Home Mortgage
is a division of Wells Fargo Bank, N.A.



**Headquarters**
4300 Boniface Parkway
Anchorage, Alaska
907-338-6100

**Mailing address**
Anchorage Family Investment Center
P.O. Box 241385
Anchorage, AK 99524-1385

**Internet Web Site**
http://www.ahfc.state.ak.us

February 7, 2006

Michael Courtney
Anchorage Mutual Housing Authority
480 West Tudor Road
Anchorage, Ak 99517

Dear Mr. Courtney:

I have been the Housing Program Specialist for the Adelaide SRO for the past five years. We inspect the building for HQS Standards every February. Whenever there have been any fail items they were always minor in nature and were rectified by AMHA immediately.

Sincerely,

Roy B Range
FIC Program Supervisor


"HOUSING FOR ALASKANS"


02/08/2006 13:02 FAX 907 343          Mayors Office                                    ☑002



# Municipality of Anchorage

P.O. Box 196650 • Anchorage, Alaska 99519-6650 • Telephone: (907) 343-4431 • Fax: (907) 343-4499  http://www.muni.org

*Mayor Mark Begich*                                  Office of the Mayor

December 30, 2005

James A. Polt
645 G Street, #765
Anchorage, AK 99501

Dear Mr. Polt:

Thank you for your correspondence. The Director of Development Services Department sent a Code Enforcement Officer to the Adelaide Apartments to inspect the facility, and there were no signs of any code violations; the building appears to be maintained in a safe condition.

Sincerely,

Mark Begich
Mayor

*Community, Security, Prosperity*

COPY

RECEIVED # 1

**State of Alaska**

JAN 0 6 2006

Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501-5903

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
3RD JUDICIAL DISTRICT
ANCHORAGE, ALASKA

# CONSUMER COMPLAINT

Comp. # 06-01-2034

| Office Use Only | |
|---|---|
| I.C.: | 46A |
| Prac. Code: | |
| Analyst: | |
| Disp. Code: | |

1) Please be sure to complain to the company or individual **before** filing this complaint with the Attorney General.
2) Please complete entire form and type or print clearly in dark ink.
3) For data entry purposes, all questions must be answered in the space provided; do not use "see attached" as an answer.
4) Enclose copies (not originals) of documents relating to your transaction/complaint.
5) Mail the completed form to the above address, and retain a copy for your files.

## CONSUMER INFORMATION

NAME: (First) JAMES A. (Last) POLT  AGE: 40
MR / MRS / MS (CIRCLE ONE)

ADDRESS: (Mailing address) 645 G. STREET STE. 100 # 765  APT. #:

CITY, STATE, ZIP: Anchorage, AK. 99501

WORK PHONE #:   HOME #:

I AM A: (INDIVIDUAL)  CORPORATION
(CIRCLE ONE)  SOLE PROPRIETOR  PARTNERSHIP

## COMPLAINT INFORMATION

COMPANY YOUR COMPLAINT IS AGAINST: ALASKA MUTUAL HOUSING ASSOCIATION

ADDRESS: 480 West Tudor Road

CITY, STATE, ZIP: Anchorage, AK. 99503

PHONE #: (907) 677-8491  TYPE OF BUSINESS: APARTMENT LEASING

SALES PERSON:

CONTACT PERSON: MICHAEL COURTNEY

## INFORMATION ABOUT THE TRANSACTION

DATE OF TRANSACTION: May 10th, 2005

DID YOU SIGN A CONTRACT? Yes  DATE SIGNED: 5-10-2005  PLACE SIGNED: ADELAIDE APARTMENTS 201 E. 9th AVENUE Anchorage, AK. 99501
(IF YES, ATTACH A COPY)

PRODUCT OR SERVICE INVOLVED: APARTMENT Unit Rental

AMOUNT PAID: $ 480 + 300 Dep.  PAID BY:  X CASH  X CHECK  ___ CREDIT CARD  ___ LOAN
(ATTACH A COPY OF RECEIPT) I pay $278.00 A Month. $202.00 a Month is government Subsidized.

WAS THE PRODUCT OR SERVICE ADVERTISED? NO  WHEN?  WHERE?
(ATTACH COPY IF ADVERTISED IN PRINTED MEDIA)

FIRST CONTACT BETWEEN YOU AND THE COMPANY: (CHECK ONE)
___ PERSON CAME TO MY HOUSE
___ I TELEPHONED THE COMPANY
___ I RESPONDED TO A RADIO/TV AD
___ I RECEIVED INFORMATION IN THE MAIL
X I WENT TO THE COMPANY'S PLACE OF BUSINESS
___ I RECEIVED A TELEPHONE CALL FROM COMPANY
___ INTERNET
___ OTHER (EXPLAIN)

WHERE DID THE TRANSACTION TAKE PLACE: (CHECK ONE)
___ OVER THE PHONE
___ AT HOME
___ AT THE COMPANY
___ BY MAIL
___ INTERNET
X OTHER EXPLAIN: Apartment Building Owned by the company

## RESOLUTION SOUGHT

WHAT WOULD YOU CONSIDER A SATISFACTORY / FAIR RESOLUTION TO THIS MATTER? (CIRCLE ONE)
REFUND  PRODUCT DELIVERY  SERVICE PERFORMED  (OTHER) Unspecified Amount of Money. For Severe injuries I sustained.

EXPLAIN:

IF YOU ARE SEEKING A REFUND, PLEASE STATE THE AMOUNT: $

**INCOMPLETE FORMS MAY BE RETURNED**

PAGE 1 OF 2

Re: 06-01-2034.
HUD Complaint
Pxx. 2 of 2

DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORGE

JAMES A. POLT           )
            Plaintiff,  )
VS.                     )
                        )
ALASKA MUTUAL HOUSING ASSOCIATION )
            Defendant.  )
_____)   Case No. 3AN-05 13613 CI

## COMPLAINT

The Plaintiff, JAMES ANDREW POLT. (645 G. STREET STE. 100. # 765.)(ANCHORAGE, AK. 99501.) Seeks an award of an unspecified amount of money, for severe injuries sustained on Defendants property, "the ADELAIDE APARTMENTS" (Located at 201 E. 9th Avenue. Anchorage, Alaska- 99501) Due to the Defendants failure to enforce provisions in A.S 34.03.120.

_____
JAMES A. POLT

I hereby certify that on
12-02-05 I delivered
by Certified Mail a true
and correct copy of
the foregoing document
to: ALASKA MUTUAL HOUSING ASSOCIATION
    480 W. TUDOR Road
    Anchorage, Alaska 99503
_____
JAMES A. POLT

#2    1-3-2006

FROM: JAMES A. POLT
Mailing address/ 645 G. STREET
ST. 100 # 765
Anchorage, AK. 99501

STATE OF ALASKA
CONSUMER COMPLAINT

Continuation Sheet.
Page 1 of 2

\* On May 10th, 2005. I was Rented an apartment (A package of goods and Services), from the ADELAIDE APARTMENTS, 201 E. 9th Avenue Anchorage, Alaska. 99501. Operated by (AMHA) ALASKA MUTUAL HOUSING ASSOCIATION, 480 West Tudor Road. Anchorage, Alaska. 99503. And Owned by Michael Courtney of Anchorage, AK. Upon Signing the Lease and Purchasing those (GOODS and Services). I was not notified or warned of the dangerous defects in Construction at the ADELAIDE APARTMENTS, that Pose a Serious Risk of Personal Injury to the Tenants. Thus being (CONSUMER FRAUD),

Due to cheap Construction & cut corners. Noise is Constant from neighboring units and in the Hallways. There is no carpet padding in Apartment units and the hallways on the 2nd and 3rd floors of this 3 Story Building. Thin walls with no insulation, result in hearing a neighbor talk in normal tones, Snoring, etc. through the Common wall we Share. + Doors and Cabinets that Slam Shut. Due to Lack of Hardware. 1/2 Rubber Stoppers. or guard Strips on Doors. Because of this excessive Noise. I have Suffered a Permanent Ear and hearing injury

With Penalties under Perjury of Law. These Statements are True, to the Best

JAMES A. POLT
Signed. James A. Polt

## ACTION YOU HAVE TAKEN

HAVE YOU COMPLAINED TO THE BUSINESS OR PERSON? **X** YES ___ NO

HOW? **X** MAIL  ___ BY TELEPHONE  **X** IN PERSON  DATES OF COMPLAINTS: 8-1-2005,
(ATTACH A COPY OF COMPLAINT) 11-2-2005, 11-4-2005, 11-8-2005, 12-2-2005, 12-15-2005, 12-21-2005.

PERSON CONTACTED: ADELAIDE APTS. ASSISTANT MANAGER. ADELAIDE APTS JOB TITLE:
MANAGER. ALASKA MUTUAL HOUSING ASSOCIATION MANAGEMENT AND (AMHA) OWNER MICHAEL COURTNEY

NATURE OF RESPONSE: Responded to Civil Suit Complaint on 12-6-05. ADELAIDE APT. MANAGER.  DATE OF RESPONSE: Responded to verbal complaint on 12-21-05

HAVE YOU RETAINED AN ATTORNEY REGARDING THIS COMPLAINT? **X**  IF SO, PLEASE STATE THE NAME, ADDRESS, AND PHONE NUMBER OF YOUR ATTORNEY: PRO'SE Self Representation

HAS LEGAL ACTION BEEN TAKEN BY YOU OR AGAINST YOU WITH REGARD TO THIS COMPLAINT? Yes  IF SO, PLEASE DESCRIBE THE CURRENT STATUS OF ANY LEGAL ACTION: Civil Suit Complaint Filed. On 12-2-2005. At NESBETT Court house in Anchorage, Alaska.

HAVE YOU FILED THIS COMPLAINT WITH ANY OTHER AGENCIES? NO  IF SO, LIST NAME OF AGENCY AND STATUS OF COMPLAINT:

## DESCRIPTION OF TRANSACTION / COMPLAINT

BRIEFLY DESCRIBE THE TRANSACTION AND YOUR COMPLAINT. YOU MAY USE ADDITIONAL SHEETS IF NECESSARY. PLEASE LIST EVENTS IN THE ORDER IN WHICH THEY HAPPENED. BE SURE TO TELL WHAT HAPPENED, WHEN IT HAPPENED, AND WHERE IT HAPPENED. INCLUDE INFORMATION REGARDING ANY REPRESENTATIONS YOU FEEL TO BE DECEPTIVE, MISLEADING, OR FALSE. BE SPECIFIC ABOUT ANY ORAL STATEMENTS THE BUSINESS MADE TO YOU, ESPECIALLY THOSE THAT INFLUENCED YOU TO DEAL WITH THE COMPANY. ATTACH COPIES OF ALL CONTRACTS, LETTERS, RECEIPTS, CANCELED CHECKS (FRONT & BACK), ADVERTISEMENTS, OR ANY OTHER PAPERS THAT RELATE TO YOUR COMPLAINT.

On May 10th, 2005. I signed a Lease to Rent Unit #216. At the ADELAIDE APARTMENTS. 201 E. 9th Avenue. Anchorage, AK. 79501. Operated by (AMHA) ALASKA MUTUAL HOUSING ASSOCIATION. And Owned by MICHAEL COURTNEY. Upon possession of said premises, I became aware of excessive noise entering into my Apartment Unit. Despite Repeated Complaints and Notification to Management that I was developing pain in my Ears. My Communications went unanswered from Apartment Management and AMHA. Only when I filed a Civil Suit Complaint in District Court. Did they finally Respond. Because of ADELAIDE APARTMENTS. (AMHA) ALASKA MUTUAL HOUSING ASSOCIATIONS Failure to Respond to my Repeated Complaints. And correct the problems. I have Developed a permanent injury to my Ears and hearing because of Excessive noise entering into my Apartment Unit. Due mainly to the "defective" and "Inferior" Construction of the ADELAIDE APARTMENTS. And MANAGEMENTS AND The OWNERS. Gross Negligibility.

* JAVINS V. First Nat. Realty Corp. (D.C. Cir. 1970)
"When American City Dwellers, both Rich and Poor, Seek "Shelter" today, they seek a well known package of goods and services. (II-9)
In our judgement the trend toward treating Leases as Contracts is wise and well considered. Our holding in this case Reflects a belief that Leases of urban dwelling units should be interpreted and construed Like any other contract. (II [2].13)

* Smith v. Green (Mass 1970). (4. Landlord and tenant 164 (7))
If Landlord knows of hidden defect in premises and tenant is ignorant thereof, Landlord has duty to give notice of defect to tenant, and if he fails to do so, he may be Liable to tenant who is injured by hidden defect.

WHO REFERRED YOU TO THIS OFFICE?  I walked in.

## READ THE FOLLOWING BEFORE SIGNING BELOW:

In filing this complaint, I understand that the Attorney General is not my private attorney, but represents the public in enforcing laws designed to protect the public from misleading or unlawful business practices. I also understand that if I have any questions concerning my legal rights or responsibilities, including the time limits within which I may file any private legal action, that I should contact a private attorney. I authorize the Department of Law to send this complaint form to the business or person against whom I have filed this complaint, or to other appropriate agencies. I understand and agree that this complaint will remain on file and may be used in legal proceedings to establish violations of Alaska law. I certify that the information given in this complaint is true and correct to the best of my knowledge, information and belief.

Your signature (Required): *James A. Polt*  Date: 1-3-2006