James A. Polt
645 G. Street Ste 100 #765
Anchorage, Alaska 99501
000-000-0000

Pro Per Plaintiff

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

JAMES ANDREW POLT,
  Plaintiff,
VS.
ANCHORAGE NEIGHBORHOOD
HOUSING SERVICES, INC.,
  Defendant.

Case No. 3AN-06-6611 CI

AMENDED COMPLAINT

The plaintiff, James A. Polt. Tenant #216 of the Adelaide apartments. Located at 201 E. Ninth avenue Anchorage, alaska. 99501. Owned and Operated by Anchorage Neighborhood Housing Services, INC. 480 West tudor Road Anchorage, alaska. 99503. Formerly Anchorage Mutual Housing Association, INC.

Claims that the defendant and employees thereof. Between the dates of 8-1-2005 and 5-16-2006. purposely and with malice. Denied Said tenant Basic Landlord tenant Services. Resulting in Mental and phisical injuries to the tenant. Because of these injuries and continuous pain and suffering associated with these injuries,

The plaintiff Seeks a Remedial Settlement award in the amount of $225,000.00, from the defendant in this case.

Certificate of Service
I hereby certify that on June 5th, 2006. I mailed or hand delivered a true and correct Copy of the foregoing Document To the following people:
Michael Courtney. Housing Director For. Anchorage Neighborhood Housing Services, INC. 480 W. Tudor Rd. Anchorage, AK. 99503

_James A. Polt_
James A. Polt

_James A. Polt_
James A. Polt

Page __ of __
POLT V. ANCHORAGE NEIGHBORHOOD HOUSING SERVICES INC
3AN-06-6611 CI
COMPLAINT

EXHIBIT 4

JAMES A. POLT
645 G. STREET STE.100 # XE
Anchorage, Alaska, 99501
900-000-0000

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORGE

JAMES A. POLT,
  Plaintiff,

vs.

ALASKA MUTUAL
HOUSING ASSOCIATION,
  Defendant.

CASE NO. 3AN-06-6611 CI

## COMPLAINT

The PLAINTIFF, JAMES A. POLT, Tenant #216 of the ADELAIDE APARTMENTS. Located at 201 E. 9th AVENUE, Anchorage, Alaska, 99501. Owned and operated by ALASKA MUTUAL HOUSING ASSOCIATION. 480 West Tudor Road. Anchorage, Alaska. 99503. Claims that the DEFENDANT has purposely with malicious intent Denied said Tenant Basic Landlord Services. Resulting in Mental and Phisical Injuries to the Tenant. Because of these Injuries and Continuos pain and Suffering Associated with these Injuries. The PLAINTIFF Seeks a Remedial Settlement Award in the amount of $225,000.00 From the DEFENDANT in this case.

James A. Polt
JAMES A. POLT

Certificate of Service
I hereby certify that on 4-3-2006 I mailed or hand delivered a true and correct copy of the foregoing Document to the following people:
MICHAEL COURTNEY / Representative For: ALASKA MUTUAL HOUSING ASSOCIATION 480 W. TUDOR RD. Anchorage, Alaska. 99503

James A. Polt

Page 1 of 1
FOR: ALASKA MUTUAL HOUSING ASSOCIATION
3AN-06-6611 CI
COMPLAINT

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| JAMES A. POLT,<br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ANCHORAGE MUTUAL<br>HOUSING ASSOCIATION,<br>　　　　　　　Defendant, | **COPY**<br>Original Received<br><br>JUN 27 2006<br><br>Clerk of the Trial Courts<br><br>CASE NO. 3AN-06-6611 CI |

## ANSWER

Defendant, ANCHORAGE MUTUAL HOUSING ASSOCIATION, by and through counsel Alaska Law Offices, Inc. hereby answers the Plaintiffs complaint as follows:

1. Defendant admits James A. Polt is a tenant in Unit 216 at Adelaide Apartments.
2. Defendant denies ownership of the building
3. Admit management of the building on behalf of the owners.
4. Denied the remainder.

### Affirmative Defenses

1. Plaintiffs claim fails to state a cause of action upon which relief may be granted.
2. The court lacks subject matter jurisdiction because Plaintiff failed to exhaust his administrative remedies.
3. Settlement.

DATED at Anchorage, Alaska, on this 27th day of June, 2006.

ALASKA LAW OFFICES, INC.
Attorney for Defendant

Clayton H. Walker, Jr.
Alaska Bar # 0001002

**Certificate of Service**
The undersigned hereby certifies that on the 27 day of June, 2006 a copy of the foregoing was sent to the following via US Mail

James Polt
645 G Street, Suite 100, Box 765
Anchorage, Alaska 99501

ALASKA LAW OFFICES, INC.
921 West Sixth Avenue, Suite 200, Anchorage, Alaska 99501
Phone (907)277-5000　Facsimile (907)277-6108