IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JAMES ANDREW POLT, )
)
    Plaintiffs, )
)
vs. )
)
ANCHORAGE NEIGHBORHOOD )
HOUSING SERVICES, INC. )
)
    Defendants. )
_____ ) Case No. 3:06-cv-00119-TMB

### CERTIFICATE OF SERVICE

The udnersigned certifies that on the _____28_____ day of June, 2006 a true copy of the **Motion to Stay Action and for Costs of Previously Dismissed Action, Brief in Support of Motion to Stay Action and for Costs of Previously Dismissed Action (plus Exhibits) , Order Granting Motion, and Certificate of Service** were sent by regular mail to:

James A. Polt
645 G Street, Suite 100, Box 754
Anchorage, Alaska  99501

    DATED at Anchorage, Alaska this _____28_____ day of June, 2006.

_Sharon Jessen_
Sharon M. Jessen

ALASKA LAW OFFICES, INC.
921 West Sixth Avenue, Suite 200, Anchorage, Alaska  99501
Phone (907)277-5000 Facsimile (907)277-6111