JAMES ANDREW POLT
Name

NON-PRISONER PRO PER PLAINTIFF
Prison Number

Place of Confinement

645 G. STREET STE. 100 #765

Anchorage, Alaska. 99501
Address

006-000-0000
Telephone

**RECEIVED**
JUL 0 3 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

JAMES ANDREW POLT,

Plaintiff,

vs.

ANCHORAGE NEIGHBORHOOD

HOUSING SERVICES, INC.,

Defendant(s).

Case No. 3:06-CV-00119 TMB

**MOTION**
to/for OPPOSE MOTION BY DEFENDANT TO STAY ACTION AND FOR COSTS OF PREVIOUSLY DISMISSED ACTION

I, James Andrew Polt, proceeding without a lawyer, move to/for OPPOSE MOTION BY DEFENDANT TO STAY ACTION AND FOR COSTS OF PREVIOUSLY DISMISSED ACTION.

under the following statute(s)/rule(s) (if known) _____

for the following reason(s): This is the ONLY Court Action Between The Plaintiff and the Defendant in The above Captioned Case Concerning Civil Rights Violations of The Fair Housing Act. This is NOT AN ADA Claim. And therefore Plaintiff Needs NO Right to Sue Certificate From a Governmental agency, in ORDER TO commence action in Federal Court with Competent Jurisdiction.

PS 15 (effective 8/05)

Furthermore, The Pre-Settlement determination agreement drafted by The Anchorage Equal Rights Commission for a proposed Reconciliation between The Defendant and Myself (Plaintiff) was Cancelled due to Defendants or Employees Thereofs Actions. Rendering That agreement Null and Void. See Exhibit A, Please.

Allso. The First Alaska State District Court Case between These 2 Parties. Polt v. AMHA 3-AN-05-13613 CI. was a Personal Injury Case. which I voluntarily dismissed.

The Second Alaska State District Court Case (at Anchorage) James Andrew Polt v. Anchorage Neighborhood Housing Services, Inc. is Allso a Personal Injury Case. With a New Set of Facts Than The Previous Personal Injury Case Mentioned above.

All The Other exhibits Listed in Defendants motion, were Complaints To Various Agencys. And Not Court Actions.

### Declaration Under Penalty of Perjury

I, __James Andrew Polt__, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: __July 3rd, 2006__, at __Anchorage, Alaska__.

__James Andrew Polt__
Signature

### Certificate of Service

I certify that, on __July 3rd, 2006__ a copy of this motion
(Date of mailing or handing to Correcitonal Officer)

was served, by first class U.S. mail, on __Clayton H. Walker Jr.__
(Opposing Party or Counsel)

at __921 West Sixth Avenue, Suite 200. Anchorage, Alaska. 99501__.
(Address)

__James Andrew Polt__
Signature

<u>Brief in Support of Motion to Oppose Defendants Motion to Stay Action and for Costs of Previously Dismissed Action.</u>

I Filed so many Different kinds of Complaints Because I had to investigate this problem myself because my pleas for help were <u>totally</u> ignored by Defendant. Or employees of (ignored) in, Failing to choose to investigate or help me. At First I thought my Neighbor was Slamming his Door on purpose to Harass me. This in Violation of AS. 34.03.120 (6). (Creating excessive Noise entering a neighboring apt. unit).

Then. After Talking to Neighbor And watching door Slam on its own merits. I concluded All the Front Entry Doors at The Adelaide Apts were the Same and Slammed on their own merits. So I Filed a Complaint with the Consumer Division at the Alaska Dept. of Law and wrote Letters to various agencys. Citing what I Thought at the time was Cheap, Shoddy Construction.

Then after Further investigation on my part. The Real Cause of this problem was discovered. The Top 2 Layers of weather stripping had worn out and Fallen off the inner Door Frame. And the Top Tension arm on the Door Resistance Spring is worn. These problems combined. were causing the Door to slam shut when closing.

The Defendants Employees <u>Totally</u> ignored my valid Complaints and were derelict in their Land Lord duties, Thus Forcing me to investigate this problem on my own. All I knew was there was excessive noise entering my apt. unit. It took months of investigation to get to the exact How and why. The Defendant brought these problems upon itself. By Forcing me to investigate on my own, A problem they could have quickly discovered.

7-3-2006.
DATE

James Andrew Polt
JAMES ANDREW POLT