

*Mayor Mark Begich*

# Municipality of Anchorage

632 West 6th Avenue, Suite 110 • Telephone: (907) 343-4342 • Fax: (907) 343-4395 • TTY: (907) 343-4894
Mailing Address: P.O. Box 196650 • Anchorage, Alaska 99519-6650
http://www.muni.org

## Equal Rights Commission



James Polt
645 G Street, Ste 100 #765
Anchorage, Alaska 99501

Steve Jones, Esq.
Alaska Law Offices, Inc.
921 West Sixth Avenue, Suite 200
Anchorage, Alaska 99501

RE:  James Polt v. Anchorage Neighborhood Housing/Adelaide Apartments
     AERC Complaint No.:   K6-011

### REOPENING PROCEEDINGS

PURSUANT to Anchorage Municipal Code, Title 5, and the powers of the Commission delegated to the Executive Director, the above-captioned case is re-opened pursuant to A.M.C. 5.80.070 for the following reason.

Complainant has repudiated the settlement agreement entered in this case; Complainant has alleged the settlement agreement was obtained under coercion and duress; Complainant alleges the settlement is null and void. As a result of Complainant's allegations, in the interests of justice, this case is re-opened, the pre-determination settlement agreement drafted by the Anchorage Equal Rights Commission and signed by the parties is cancelled.

4/27/06
DATE

BARBARA A. JONES
EXECUTIVE DIRECTOR

Exhibit A
AERC Complaint NO: K6-011
Reopening, Closure,
And Notice of Withdrawal

G:\erc\Cases\Polt v ANHS Adelaide Apts\Reopen Case and Cancel PDS.doc



*Mayor Mark Begich*

# Municipality of Anchorage

632 West 6th Avenue, Suite 110 • Telephone: (907) 343-4342 • Fax: (907) 343-4395 • TTY: (907) 343-4894
Mailing Address: P.O. Box 196650 • Anchorage, Alaska 99519-6650
http://www.muni.org



## Equal Rights Commission

James Polt
645 G Street, Ste 100 #765
Anchorage, Alaska 99501

Steve Jones, Esq.
Alaska Law Offices Inc.
921 West Sixth Avenue, Suite 200
Anchorage, Alaska 99501

Re:   James Polt v. Anchorage Neighborhood Housing/Adelaide Apartments
      AERC Complaint No.:    K6-011

### CLOSURE

PURSUANT to Anchorage Municipal Code, Title 5, and the powers of the Commission delegated to the Executive Director, the above-captioned case is closed for the following reason:

This complaint is closed because Complainant has requested to withdraw his complaint pursuant to Anchorage Municipal Code section 5.40.060.

4/27/06
DATE

BARBARA A. JONES
EXECUTIVE DIRECTOR

# Municipality of Anchorage

632 West 6th Avenue, Suite 110 • Telephone: (907) 343-4342 • Fax: (907) 343-4395 • TTY: (907) 343-4894
Mailing Address: P.O. Box 196650 • Anchorage, Alaska 99519-6650
http://www.muni.org

*Mayor Mark Begich*



**Equal Rights Commission**

James Polt
645 G Street, Ste 100 #765
Anchorage, Alaska 99501

AERC Complaint No.:  K6-011

### COMPLAINANT ACKNOWLEDGEMENT, STATEMENT AND REQUEST FOR WITHDRAWAL OF COMPLAINT OF DISCRIMINATION

I am aware the Anchorage Equal Rights Commission and the Equal Employment Opportunity Commission protect my rights to file a complaint of unlawful discrimination. I have been advised and understand it is unlawful to threaten, harass, or retaliate against me because I filed a complaint pursuant to Title 5 of the Anchorage Municipal Code and Title VII of the Civil Rights Act of 1964, as amended.

I REQUEST THE WITHDRAWAL OF MY AERC COMPLAINT BECAUSE:

I withdrawal my Complaint because Settlement Agreement was Canceled (Pre-determination Settlement agreement) due to Respondants actions, (COERCION) And/or Actions of Employees of Respondant. Amy Danner. Adelaide. Apt. Manager. And I plan to File A Discrimination Law Suit against Respondant as Soon as possible.

4-25-2006                       James A. Polt
DATE                             SIGNATURE

*Community, Security, Prosperity*