Clayton H. Walker, Jr.
Alaska Law Offices, Inc.
921 W. 6th Avenue, Suite 200
Anchorage, Alaska 99501
907-277-6170 (direct number)
907-277-6180 (fax)
chwalker@aloinc.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JAMES ANDREW POLT, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANCHORAGE NEIGHBORHOOD | ) |
| HOUSING SERVICES, INC. | ) |
| | ) |
| Defendants. | ) |
| _____ | ) Case No.  3:06-CV-00119-TMB |

## REPLY TO DEFENDANT'S RESPONSE
## TO PLAINTIFF'S MOTION TO DISMISS

Plaintiff, James A. Polt has filed numerous actions in courts and administrative complaints regarding his allegations that his Landlord owes him a duty to provide additional soundproofing in the apartment building where he lives.  Defendant moved to dismiss this present case because: (1) the plaintiff has already filed this matter three prior times and dismissed  two of them and left the third one pending;  (2) the Plaintiff has failed to exhaust administrative remedies and cannot bring an action under the Americans with Disabilities Act; and (3) the Plaintiff already has a previously filed, pending matter lodged before the Alaska Superior Court that alleges the same  common nucleus of operative facts, the Plaintiff asks for the same relief, and involves the same parties.

1.      **Prior Dismissals**

In contrast to the original complaint filed in this court where Polt stated that he had not filed any prior actions, Polt now admits that he has filed three prior actions.  Polt now tries to distinguish the prior actions from the present on the basis that the facts are somewhat different or that different causes of action are raised from the pleadings in the different courts.  However, Polt is still alleging the same exact damages, the same parties and the same alleged injury  as raised in all the previous cases.  Furthermore, the matters all arise from the same common nucleus of operative facts.  As a matter of judicial economy, cost, reduced chance of conflicting findings or rulings and fairness to the parties these issues would normally be brought in a single actions.

2.      **Comity:**

The federal district court has concurrent jurisdiction with the state courts over many issues, including claims under the Federal Fair Housing Act.  Polt filed his claim in this court after jurisdiction was assumed by an Alaska Court over the same parties on the same issues.   Under principals of comity, Polt may not be permitted to maintain a suit for the same relief in the other court of coordinate jurisdiction.   It would, of course, be highly illogical and result in diverse decisions .  Under the dual sovereignty recognized in our federal and state constitutions, with the state and federal courts of equal dignity possession coordinate jurisdiction over many subjects of litigation, confusion, and conflict is sure to develop.  *Gregg v. Whinchester*, 176 F.2d 512 (9th Cir. 1949); *Casamount Investors, Ltd. v. Olsen,* 196 B.R. 517 (9th Cir. 1996).

### Conclusion

The Plaintiff chose to file a concurrent suit in Federal Court with the knowledge that he has an active and unresolved State claim in litigation.  Accordingly this court should, under the doctrine

of comity, dismiss this case without prejudice until such time as a final resolution of the state claim

is reached.

Furthermore, if plaintiff withdraws his claim or receives an unfavorable judgement on the

merits of his claim, he should be barred from seeking  redress in the Federal Courts under the

doctrines of res judicata and or collateral estoppel.

DATED at Anchorage, Alaska on July 18, 2006

ALASKA LAW OFFICES, INC.
Attorney for Anchorage Neighborhood Housing
Services, Inc.
s/Clayton H. Walker, Jr.
Alaska Law Offices, Inc.
921 W. 6th Avenue, Suite 200
Anchorage, Alaska 99501
907-277-6170 (direct number)
907-277-6180 (fax)
chwalker@aloinc.com


**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 18th day of July, 2006 a true copy of the **Reply to Defendant's Response to Plaintiff's Motion to Dismiss and Certificate of Service** were sent by regular mail to:

James A. Polt
645 G Street, Suite 100, Box 754
Anchorage, Alaska   99501

DATED at Anchorage, Alaska this 18th day of July, 2006.

s/Clayton H. Walker, Jr.
Alaska Law Offices, Inc.
921 W. 6th Avenue, Suite 200
Anchorage, Alaska 99501
907-277-6170 (direct number)
907-277-6180 (fax)
chwalker@aloinc.com