James Andrew Polt
(NAME)
645 G. Street Ste. 100 #765
Anchorage, Alaska. 99501
(mailing address)
000-000-0000
(Telephone)

PRO PER PLAINTIFF

RECEIVED
JUL 21 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

JAMES ANDREW POLT,
    Plaintiff,
vs.
ANCHORAGE NEIGHBORHOOD
HOUSING SERVICES, INC.,
    Defendant.

Case No. 3:06-CV-00119 TMB

## MOTION

TO SEEK REVIEW FROM COURT OF FALSIFIED FACTS. PRESENTED BY OPPOSING COUNSEL IN ITS MOTION TO STAY ACTION AND FOR COSTS OF PREVIOUSLY DISMISSED ACTION.

* Brief in Support of this motion with exhibits A, AA, & AAA. Are incorporated into this pleading.

Dated this 21st day of July, 2006. at Anchorage, Alaska.

_James Andrew Polt_
JAMES ANDREW POLT
PRO SE LITIGATOR

Pg. 1 of 14

Declaration under penalty of perjury

I, James Andrew Polt, declare under penalty of perjury, that I have Reviewed the above Motion and that the information Contained in this Motion is True and Correct.

Dated: July 21st, 2006, AT Anchorage, Alaska.

_____
(Signature)

Certificate of Service

I certify that on July 21st, 2006. A Copy of this Motion was Hand delivered To The Law office of Attorney Clayton H. Walker Jr.
(opposing party or Counsel)

AT 921 West 6th Avenue, Suite 200
Anchorage, Alaska, 99501
(address)

_____
(Signature)

Pg. 14 of 14