<u>Supporting Brief</u>
with Exhibits A, AA, & AAA.

RECEIVED
JUL 21 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Dear, Court.

I Feel That the opposing Counsel is trying to prejudice This case in their Favor by Falsifying The Facts which They have Presented to the Court.

This is a Serious allegation.

As Serious as Counsel putting his Signature on Motion without Dilligently Researching The Facts, Making Motion Containing These Falsified Facts Harmful to the plaintiff and Frivolous to these Court proceedings.

I can appreciate and understand a Defense Theory based on general Denial. But to Falsify Facts and Mount a Defense based upon these Falsifyied Facts, has got to be touching upon perjury, Considering The Responsibilitys An Attorney Bestows upon oneself under Law, when Signing a Certificate of Service, or Any other Legal paper presented to the Court.

Pg. 2 of 14

A.) Counsel knows These (2) Claims involved with This Court Action. Have Nothing to do with an earlier Court action based upon Sound provisions in the Landlord-Tenant act AS 34.03.120. Yet Counsel says The Same Legally Conceptual basis of Fact is the Same. A Far Stretch From a personal injury Tort action Factually based (Legally) upon Violations of AS 34.03.120. To a Discrimination Complaint$ Factually Based (Legally) upon Civil Rights Violations in Federal Statute §3604 of 42.U.S.C.

   Please See exhibit. A
        Pg. 1 of 3

Pg. 3 of 14