RECEIVED
JUL 2 1 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

AAA.) Opposing Counsel in his brief in Support of Motion to Stay action and For Costs of previously Dismissed Action. In Items 1) and 2) under A. Facts

Claims I was Seeking to Recover "The Same $225,000.00."

When in Reality.

In Item 1.) Court Case. 3AN-05-13613CI I Sought an award of AN unspecified amount of Money.

And in Item 2.) State of Alaska Dept. of Law Complaint # 06-01-2034. I Listed under Resolution Sought... Unspecified amount of Money.

· Please See exhibit. AAA
Pg. 1 of 5

Pg. 9 of 14

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JAMES ANDREW POLT,

        Plaintiffs,

vs.

ANCHORAGE NEIGHBORHOOD
HOUSING SERVICES, INC.

        Defendants.

Case No. 3:06-cv-00119-TMB

## BRIEF IN SUPPORT OF MOTION TO STAY ACTION AND FOR COSTS OF PREVIOUSLY DISMISSED ACTION

**A.**    **Facts**

James A. Polt is a resident at the Adelaide Apartments which are managed by Alaska Mutual Housing Association. James A. Polt claims that his neighbors are noisy and cause him severe distress. He believes that AMHA should evict the neighbors. James Polt has filed four prior actions against AMHA alleging damages arising from AMHA's failure to enforce provisions of the lease. Those actions are as follows:

1) James A. Polt v. Alaska Mutual Housing Association, Alaska District Court at Anchorage 3AN-05-13613 CI. This action was filed on December 9, 2005 and dismissed on the Plaintiff's own motion on February 24, 2006. In this action the Plaintiff was seeking $225,000.00.

2) James A. Polt v. AMHA, State of Alaska, Department of Law Complaint 06-01-2034, Filed January 6, 2006 and dismissed March 17th, 2006 by the Plaintiff's own motion in March 2006. In this action the Plaintiff was seeking $225,000.00.

3) James A. Polt v. Anchorage Neighborhood Housing/Adelaide Apartment Complaint K6-011 filed January 12, 2006 and dismissed March 17, 2006 by the Pre-Determination Settlement Agreement was re-opened by the Equal Rights Commission on April 27, 2006 per James A. Polt's allegation of coercion and duress.

4) James A. Polt v. Anchorage Mutual Housing Association, Court Case No. 3AN-06-6611 CI filed June 6, 2006 and is still pending.

ALASKA LAW OFFICES, INC.
921 West Sixth Avenue, Suite 200, Anchorage, Alaska 99501
Phone (907)277-5000 Facsimile (907)277-6111

The first two actions have already been dismissed. The Plaintiff has once again sought to sue AMHA over the same exact issues and seek recovery of the same $225,000.00 in alleged damages. The third and fourth action should stay all future lawsuits until they are resolved. See attached Exhibits.

### Law

If a Plaintiff who has once dismissed an action an any court commences an action based upon or including the same claim against the same defendant, the court may make such order for the payment of costs of the action previously dismissed as it may deem proper and may stay the proceedings in the action until the plaintiff has complied with the order.

Alaska Rule of Civil Procedure 41(d). Costs of Previously Dismissed Action.

If a plaintiff who has once dismissed an action in any court commences an action based upon or including the same claim against the same defendant, the court may make such order for the payment of costs of the action previously dismissed as it may deem proper and may stay the proceedings in the action until the plaintiff has complied with the order.

**A.   Court Lacks Subject Matter Jurisdiction Because the Plaintiff Failed to Exhaust Administrative Remedies.**

The American With Disabilities Act (hereinafter "ADA") uses remedial procedures from other Civil Rights Statutes, which require exhaustion of administrative remedies. 42 USC § 12, 117 (1994) (Exhaustion required to file suit.). State Courts have concurrent jurisdiction over ADA claims. Lillback v. Metropolitan Life Ins. Co. 640 NE 2d. 250 (Ohio Ct. App 1994). When ADA claims are filed in State court, the Plaintiff must exhaust EEOC and State agency filing requirements just as when they are filed in Federal Court v. Capital Switch, Inc., 650 A2d. 526, 529 (Conn 1994). The requirement for a right to sue letter refers to a Civil action with no distinction between State and Federal actions. Id. When ADA defenses are presented in State court, the case stays in State court and that court must consider the defenses. Rodriguez v. Westhas, Inc. 833 F Supp 42J (SD NY 1993) (Dismissing Federal case to permit application of ADA in State eviction matter).

**B.   Defendant is not a Proper Party Defendant for an ADA Claim.**

ADA Titles II and III govern housing that is not covered by the Fair Housing Amendments Act, 42 USC 3604 (FHAA). Title II governs housing created, developed, managed, leased, owned and planned by every State, county and local public entity. Milstein "Housing and the ADA" in L. O. Gostin,

ALASKA LAW OFFICES, INC.
921 West Sixth Avenue, Suite 200, Anchorage, Alaska 99501
Phone (907)277-5000 Facsimile (907)277-6111

RECEIVED
DEC 0 9 2005
AN... INC.

DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORGE

JAMES A. POLT
              Plaintiff,
VS.
ALASKA MUTUAL HOUSING ASSOCIATION,
           Defendant.

Case No. 3AN-05-13613 CI

## COMPLAINT

The Plaintiff, JAMES ANDREW POLT (645 G. STREET STE. 100. # 765.)(Anchorage, AK. 99501.) seeks an award of an unspecified amount of money, for severe injuries sustained on Defendants property, "the ADELAIDE APARTMENTS" (Located at 201 E. 9th Avenue. Anchorage, Alaska. 99501) Due to the Defendants failure to enforce provisions in A.S 34.03.120.

                                /s/ James A. Polt
                                JAMES A. POLT

I hereby certify that on 12-2-2005 I Delivered by Certified mail a true and correct copy of the foregoing document to: Alaska Mutual Housing Association 480 W. Tudor Road Anchorage, Alaska. 99503
/s/ James A. Polt
JAMES A. POLT

Exhibit AAA
Pg. 4 of 5

Pg. 12 of 14

EXHIBIT 2

ALASKA MUTUAL HOUSING ASSOCIATION 3AN-05-13613 CI    3AN-05-13613

COPY

RECEIVED #1

**State of Alaska**

JAN 0 6 2006

Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501-5903

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
3RD JUDICIAL DISTRICT
ANCHORAGE, ALASKA

## CONSUMER COMPLAINT

Comp. # 06-012034

| Office Use Only | |
|---|---|
| I.C.: | 46A |
| Prac. Code: | |
| Analyst: | |
| Disp. Code: | |

1) Please be sure to complain to the company or individual <u>before</u> filing this complaint with the Attorney General.
2) Please complete entire form and type or print clearly in dark ink.
3) For data entry purposes, all questions must be answered in the space provided; do not use "see attached" as an answer.
4) Enclose copies (not originals) of documents relating to your transaction/complaint.
5) Mail the completed form to the above address, and retain a copy for your files.

### CONSUMER INFORMATION

NAME: (FIRST) James A. (LAST) Polt   AGE: 40
MR / MRS / MS (CIRCLE ONE)

ADDRESS: (mailing address) 645 G. Street Ste. 100 # 765   APT. #:

CITY, STATE, ZIP: Anchorage, AK. 99501

WORK PHONE #: ____   HOME #: ____

I AM A: (INDIVIDUAL)   CORPORATION
(CIRCLE ONE)   SOLE PROPRIETOR   PARTNERSHIP

### COMPLAINT INFORMATION

COMPANY YOUR COMPLAINT IS AGAINST: Alaska Mutual Housing Association

ADDRESS: 480 West Tudor Road

CITY, STATE, ZIP: Anchorage, AK. 99503

PHONE #: (907) 677-8491   TYPE OF BUSINESS: Apartment Leasing

SALES PERSON:

CONTACT PERSON: Michael Courtney

### INFORMATION ABOUT THE TRANSACTION

DATE OF TRANSACTION: May 10th, 2005

DID YOU SIGN A CONTRACT? Yes   DATE SIGNED: 5-10-2005   PLACE SIGNED: Adelaide Apartments 201 E. 9th Avenue Anchorage, AK. 99501
(IF YES, ATTACH A COPY)

PRODUCT OR SERVICE INVOLVED: Apartment Unit Rental

AMOUNT PAID: $ 480 + 500 dep.   PAID BY: X CASH  X CHECK  ___ CREDIT CARD  ___ LOAN
(ATTACH A COPY OF RECEIPT) I pay $278.00 A Month. $202.00 a month is government subsidized.

WAS THE PRODUCT OR SERVICE ADVERTISED? No   WHEN?   WHERE?
(ATTACH COPY IF ADVERTISED IN PRINTED MEDIA)

FIRST CONTACT BETWEEN YOU AND THE COMPANY: (CHECK ONE)
___ PERSON CAME TO MY HOUSE
___ I TELEPHONED THE COMPANY
___ I RESPONDED TO A RADIO/TV AD
___ I RECEIVED INFORMATION IN THE MAIL
X I WENT TO THE COMPANY'S PLACE OF BUSINESS
___ I RECEIVED A TELEPHONE CALL FROM COMPANY
___ INTERNET
___ OTHER (EXPLAIN)

WHERE DID THE TRANSACTION TAKE PLACE: (CHECK ONE)
___ OVER THE PHONE
___ AT HOME
___ AT THE COMPANY
___ BY MAIL
___ INTERNET
X OTHER EXPLAIN Apartment Building Owned by the Company

### RESOLUTION SOUGHT

WHAT WOULD YOU CONSIDER A SATISFACTORY / FAIR RESOLUTION TO THIS MATTER? (CIRCLE ONE)
REFUND   PRODUCT DELIVERY   SERVICE PERFORMED   (OTHER) unspecified amount of money for severe injuries I sustained.

EXPLAIN:

IF YOU ARE SEEKING A REFUND, PLEASE STATE THE AMOUNT: $ ____

### INCOMPLETE FORMS MAY BE RETURNED

Pg. 13 of 14

Exhibit AAA
Pg. 5 of 5