James Andrew Polt
(NAME)
645 G. Street Ste. 100 # 765
Anchorage, Alaska. 99501
(Mailing address)
000-0000-000
telephone

PRO PER PLAINTIFF

RECEIVED
JUL 26 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

JAMES ANDREW POLT,
  Plaintiff,

VS.

ANCHORAGE NEIGHBORHOOD HOUSING SERVICES, INC.,
  Defendant.

Case No. 3:06-CV-00119 TMB

## MOTION

EXERCISING MY PRO PER PLAINTIFF RIGHTS ASSERTED UNDER 28.U.S.C. § 1343. NOTE 50, (PRO'SE COMPLAINTS)

### BRIEF IN SUPPORT OF THIS MOTION

A.) By asking for Reasonable accomodation. The denial of which is the basis of my 2 Legal claims in this case under Federal Law 42 U.S.C § 3604.
  I was exercising additional Rights afforded to me under Federal Law, I being a disabled individual.

B.) These Rights are additional to the Rights afforded to me under State Law, afforded to all citizens, of the State of Alaska.

C.) Therefore I should be able to plead.
  All exercisable Legal Claims, in the proper Jurisdictions, of both State and Federal Court. Be they personal injury, or civil Rights claims. Or. I am being denied the very Rights that are being protected. If I am not allowed to exercise unhindered, any and all Legal Claims arising out of, violations of Rights afforded to me under State and Federal Laws.

Pg. 1 of 3         * This is Re-purposed paper.

D.) Some Similiar Surrounding Circumstantial Facts apply to different types of Legally based Claims applicable to Federal and State Laws.

Yet. Each claim should be Construed on its own Legal merits, in Relation to the Federal or State Law which the Claim is Applicable to. With Surrounding Circumstances and facts applied to each claim individually, in Relation to the applicable Laws involved in the Claim.

Some parts of the same Circumstances or Facts May apply to different types of Legal Claims, based upon different parts, Sections or Statutes of Federal and State Law.

If different Laws and Claims are involved in some of the same Surrounding Circumstances or Fact. Justice is best served by treating each Claim and Surrounding Circumstance or Facts Relating to the Claim, individually, in Relation to the part, Section, or Statute of State or Federal Law on which the Claim is based.

In treating each Claim individually in Relation to the part, Section, or Statute of State or Federal Law upon which the claim is based.

Then other Legal Factually based Claims Applicable to other parts, Sections, or Statutes of Federal or State Law, arising out of Some of The Same Surrounding Circumstances or Fact, should be disregarded, when hearing an individual Claim, in order to best Serve the interests of Justice. (In my Opinion, I State. In the Furtherance of Justice Under Rights afforded to Me As A Pro'Se Litigator To Uphold, Respect, And Further The interests of Justice.)

Pg. 2 of 3    7-26-2006    *James Andrew Polt* (signed)
                Date
                JAMES ANDREW POLT
                PRO'SE LITIGATOR

\* this is Re-purposed paper.

### DECLARATION UNDER PENALTY OF PERJURY

I, James Andrew Polt, declare under penalty of perjury, that I have Reviewed the above motion and that the information contained in this motion is true and correct.

Dated: July 26th, 2006, At Anchorage, Alaska.

_James Andrew Polt_
(Signature)

### CERTIFICATE OF SERVICE

I certify that on July 26th, 2006. A copy of this motion was hand delivered to the Law office of Attorney: Clayton H. Walker Jr. (opposing counsel) At, 921 West 6th Avenue. Ste #200. Anchorage Alaska. 99501 (Address)

_James Andrew Polt_
(Signature)

Pg. 3 of 3

\* THIS IS RE-PURPOSED PAPER