JAMES ANDREW POLT

**Name** NON-PRISONER /NA

**Prison Number** N/A

**Place of Confinement**

645 G. Street Ste.100 #765

Anchorage, Alaska. 99501

**Address** 000-000-0000

**Telephone**

RECEIVED
JUL 31 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JAMES ANDREW POLT,

Plaintiff,

vs.

ANCHORAGE NEIGHBORHOOD HOUSING SERVICES, INC.,

Defendant(s).

Case No. 3:06-CV-00119 TMB

(AMENDED)

**MOTION**

to/for Exercising my Pro per plaintiff Jurisdictional Rights asserted under 28.U.S.C §1343. Note 50, (Pro'se Complaints)

I, James Andrew Polt, proceeding without a lawyer, move to/for Jurisdictional Rights Asserted under 28.U.S.C §1343. Note 50, (PRO'SE COMPLAINTS) §etc §etc §etc. 42.U.S.C.

under the following statute(s)/rule(s) (if known) 28.U.SC. § 1343, §etc. §etc. §etc. 42.U.S.C.

for the following reason(s): THE BASIS OF THIS MOTION IS: Exercising The Right to File A Legal Claim in one Jurisdiction, Should Not be Hindered, biased or prejudiced, By other Claims which are Legally different, Filed in other Jurisdictions, which might arise out of Some of The Same Facts and Circumstances.

PS 15 (effective 8/05)

Pg. 1 of 3

## BRIEF IN SUPPORT OF THIS MOTION

Z.) "A Plaintiff should not have to defend the Right, To exercise to the fullest extent, ALL types of Legal Claims which might arise out of Some of the same Circumstances and facts."
— James Andrew Polt (Pro'Se Litigator), 2006.

A.) By asking for Reasonable accomodation, The denial of which is the basis for these 2 Legal Claims in this case under federal Law, 42 U.S.C. §3604. I was exercising additional Rights afforded to me under federal Law, I being a disabled individual. These Rights being additional to the Rights bestowed upon me under Law as a Citizen of the United States. Namely, the Right to Sue or be Sued under definitions of parts, Sections and Statutes of Federal Law.

B.) I allso possess Rights afforded all citizens of the State of Alaska. Rights bestowed upon me as a Citizen of the State of Alaska to sue or be Sued under definitions of Parts, Sections, or Statutes of State Law.

C.) Therefore I should be able to plead, All exercisable Legal Claims, in the Proper Jurisdictions, of both State and Federal Court. Be they personal Injury or Civil Rights claims, based upon applicable parts, Sections or Statutes of Federal or State Law. If I am not allowed to plead these Legal Claims unhindered, without bias or prejudice. Then I am being denied the very Rights that are being protected under State and Federal Law. To Sue or be Sued under definitions of parts, Sections or Statutes of Same Federal and State Laws.

D.) Some of the Same Surrounding Circumstances and facts might apply to these different types of Legally based Claims applicable to Federal and State Laws, Arising out of Rights that have been Violated. Or claims arising out of Parts, Sections or Statutes of Federal and State Laws bestowed upon me as a Citizen of the United States and a Resident of the State of Alaska, To Sue or be Sued under definitions of these said Laws.
Each Legal Claim should be construed on its own Legal Merits, in Relation to the Federal or State Law in which the Legal Claim is applicable to. With Surrounding Circumstances and facts applied to each claim individually, in Relation to the Part, Section or Statute of Law involved in the individual Legal Claim.
Some parts of the Same Circumstances or facts may apply to different types of Legal Claims, based upon different parts, Sections and Statutes of Federal and State Law. If different Laws and different Legal Claims are involved in some of the same circumstances and facts. Then Justice is best served by treating each Legal Claim and Surrounding Circumstances and facts Relating to the Legal Claim, individually, in Relation to the part, Section or Statute of Federal or State Law on which the Legal Claim is based.
In treating each Legal Claim individually in Relation to the Part, Section, or Statute of State or Federal Law upon which the Legal Claim is based. Then other Legal Claims Relating to other parts, Sections or Statutes of Federal or State Law which might arise out of Some of the Same Surrounding Circumstances or facts, should be disregarded, when hearing an individual Claim. In order to best Serve the interests of Justice.

E.) In my opinion I State in Support of this motion to exercise unhindered, without bias or prejudice. My Right to exercise Legal Claims in the proper Jurisdiction of Federal Court.
And in my opinion I state, as a Pro'Se Litigator, under Law, to uphold, Respect and further the interests of the Justice System, If I may so do.

Dated, 7-31-2006.
at Anchorage, alaska.

James Andrew Polt
James Andrew Polt
(Pro'Se Litigator)

Pg. 2 of 3

_____
_____
_____
_____
_____
_____
_____
_____
_____

### Declaration Under Penalty of Perjury

I, _James Andrew Polt_, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: _July 31st, 2006_, at _Anchorage, Alaska_.

_James Andrew Polt_
Signature
(PRO PER PLAINTIFF)

### Certificate of Service

I certify that, on _July 31st, 2006_ a copy of this motion
(Date of mailing or handing to Correcitonal Officer) N/A
WAS HAND DELIVERED TO THE LAW OFFICE OF ATTORNEY:
N/A was served, by first class U.S. mail, on _Clayton H. Walker Jr._
(Opposing Party or Counsel)

at _921 West 6th Avenue, Ste. 200 Anchorage, Alaska. 99501_.
(Address)

_James Andrew Polt_
Signature
(PRO SE LITIGATOR)

PS 15 (effective 8/05)          Pg. 3 of 3          MOTION