Clayton H. Walker, Jr.
Alaska Law Offices, Inc.
921 W. 6th Avenue, Suite 200
Anchorage, Alaska 99501
907-277-6170 (direct number)
907-277-6180 (fax)
chwalker@aloinc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| JAMES ANDREW POLT, | ) |
| Plaintiffs, | ) |
| vs. | ) |
| ANCHORAGE NEIGHBORHOOD HOUSING SERVICES, INC. | ) |
| Defendants. | ) |
|  | ) Case No. 3:06-CV-00119-TMB |

## MOTION AND MEMORANDUM TO STRIKE

Plaintiff, James A. Polt has filed the following actions against Defendant:

1. Amended Motion Exercising my Pro Per Plaintiff Jurisdictional Rights Asserted Under 28 U.S.C. § 1343.

2. Brief in Support of This Motion

3. Motion to Seek Review From Court of Falsified Facts Presented by Opposing Counsel in it's Motion to Stay Action and for Costs of Previously Dismissed Action.

4. Notice of Correction Concerning Defendant's Double Identity and Exhibits

5. Motion to Oppose Motion by Defendant to Stay Action and for Costs of Previously Dismissed Action.

These filings by Plaintiff amount to nothing more than improperly filed opposition to Defendant's pending motions to dismiss and Defendant's Motion for Costs related to previously dismissed matters. The filings are interposed for no proper purpose other than multiplying the cost of litigation.

DATED at Anchorage, Alaska on August 10, 2006

> ALASKA LAW OFFICES, INC.
> Attorney for Anchorage Neighborhood Housing Services, Inc.
> s/Clayton H. Walker, Jr.
> Alaska Law Offices, Inc.
> 921 W. 6th Avenue, Suite 200
> Anchorage, Alaska 99501
> 907-277-6170 (direct number)
> 907-277-6180 (fax)
> chwalker@aloinc.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 10, 2006 a true copy of the **Motion to Strike** were sent by regular mail to:

James A. Polt
645 G Street, Suite 100, Box 754
Anchorage, Alaska   99501

DATED at Anchorage, Alaska August 10, 2006

> Sharon M. Jessen
> Legal Secretary

Clayton H. Walker, Jr.
Alaska Law Offices, Inc.
921 W. 6th Avenue, Suite 200
Anchorage, Alaska 99501
907-277-6170 (direct number)
907-277-6180 (fax)
chwalker@aloinc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JAMES ANDREW POLT, | ) |
| Plaintiffs, | ) |
| vs. | ) |
| ANCHORAGE NEIGHBORHOOD HOUSING SERVICES, INC. | ) |
| Defendants. | ) |
| _____ | ) Case No. 3:06-CV-00119-(TMB) |

**ORDER GRANTING MOTION TO STRIKE**

IT IS ORDERED that the Defendant's MOTION TO STRIKE is hereby GRANTED.


Dated: _____        _____
                                                                                                    The Honorable Timothy M. Burgess