## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Polt v. Anchorage Neighborhood Housing Services, Inc.*
Case No. 3:06-cv-119 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

<u>PROCEEDINGS</u>:     ORDER FROM CHAMBERS

A hearing on the Motion to Stay (Docket 9) is scheduled for Thursday, October 26, 2006, at 10:00 a.m. in Courtroom 1 of the United States Federal Building, 222 W. 7th Ave., Anchorage, Alaska.

**IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: October 12, 2006