MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA


*Polt v. Anchorage Neighborhood Housing Services, Inc.*
Case No. 3:06-cv-119 TMB


By:             THE HONORABLE TIMOTHY M. BURGESS


PROCEEDINGS:    ORDER FROM CHAMBERS

The hearing on the Motion to Stay (Docket 9) scheduled for Thursday, October 26, 2006, has been RESCHEDULED. The hearing will take place at 10:00 a.m. on Thursday, November 2, 2006, in Courtroom 1 of the United States Federal Building, 222 W. 7th Ave., Anchorage, Alaska.

**IT IS SO ORDERED.**


Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.


DATE: October 16, 2006