James Andrew Polt
**Name**
N/A
**Prison Number**
N/A
**Place of Confinement**
645 G. Street, Ste. 100 #765
Anchorage, Alaska. 99501
**Address**
N/A
**Telephone**

RECEIVED

OCT 2 3 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

James Andrew Polt,

**Plaintiff,**

vs.

Anchorage Neighborhood
housing Services, Inc.,

**Defendant(s).**

Case No. 3:06-cv-00119 tmb

## M O T I O N

to/for _Time Extension_

I, James Andrew Polt, proceeding without a lawyer, move to _Please ask the court_ /for A Time extension on Nov. 2nd court Date. So I CAN subpoena an Expert witness For The hearing.

under the following statute(s)/rule(s) (if known) _____

for the following reason(s): I would LiKe To Subpoena An Expert Witness, (Barbara Jones, The Executive Director For Anchorage Equal Rights Commission.)

PS 15 (effective 8/05)

She is A Lawyer and an expert on discrimination Cases. With her help, I can better Defend Myself, by explaining to the Court, And opposing Counsel and enlightening Myself about Discrimination Claims and Court actions. And She Can explain how She encouraged me to file This discrimination Lawsuit in Federal Court, and the Reasons for it. I at this time, ask The Court to Please

grant Me (The Plaintiff) a 30-60 day time extension beyond the Nov. 2nd Court date. So

I can Properly defend My Position with

this expert Witness's Knowledge and expertise.

* The extra time is Needed To Subpoena beforementioned expert witness.

### Declaration Under Penalty of Perjury

I, _James Holt_____, declare under penalty of

perjury, that I have reviewed the above motion, and that the information contained

in this motion is true and correct.

DATED: _OCT. 23rd, 2006_____, at _Anchorage, Alaska,_.

_____
Signature

### Certificate of Service

I certify that, on _OCT. 23rd 2006_____ a copy of this motion
(Date of mailing or handing to Correcitonal Officer)

was served, by ~~first class U.S. mail~~, on _Office of Attorney._
Hand delivery                                    (Opposing Party or Counsel)
Clayton H. Walker, Jr., Ste. #200
at _621 West 6th avenue. Anchorage, Alaska, 99501._
(Address)

_____
Signature