James Andrew Poet

Name            N/A

Prison Number     N/A

Place of Confinement

645 G. Street Ste. 100 #765

Anchorage, Alaska.

Address            99501

Telephone

RECEIVED

OCT 2 4 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

James Andrew Poet,

        Plaintiff,

vs.

Anchorage Neighborhood
housing Services, inc.,

        Defendant(s).

Case No. 3:06-CV-00119 Tmb

M O T I O N

Memo on hearing Nov. 2nd
+ Time Extension Not needed

I, James Andrew Poet, proceeding without a lawyer, move

to/for _____

under the following statute(s)/rule(s) (if known) _____

for the following reason(s):_____

_____

_____

\* Please See attached Note on
    Page 3.

PS 15 (effective 8/05)

_____

_____

_____

_____

_____

_____

_____

_____

_____

## Declaration Under Penalty of Perjury

I, _James Andrew Poet_____, declare under penalty of

perjury, that I have reviewed the above motion, and that the information contained

in this motion is true and correct.

DATED: _Oct. 24th, 2006_____, at _Anchorage, Alaska._

_____
                                        Signature

## Certificate of Service

I certify that, on _Oct. 26th 2006_____ a copy of this motion

(Date of mailing or handing to Correcitonal Officer)

                    Hand delivery
was served, by first class U.S. mail, on _Office of Attorney_

_Clayton H. Walker, Jr.__ (Opposing Party or Counsel)

at _921 W. 6th avenue ste. 200 Achorage, alaska, 99501_

(Address)

_____
                                        Signature

PS 15 (effective 8/05)                  2                          MOTION

MEMO ON HEARING NOV. 2nd.
+ Time Extension Not Needed.                    10-24-2006

Dear, Your Honor.

* I would please Like to inform the Court
that the time extension I asked for in a Motion
filed yesterday 10-23-2006, will Not be Needed.
Because I can produce the witness I need to
defend myself in the hearing Nov. 2nd to Stay
action, applied under federal Civil Rule 41(d).

* At this time I would please Like to inform the
Court and the defense Counsel. That I am going
to Subpoena Barbara Jones, Anchorage Equal Rights
Commissions Executive director. To testify to Facts
directly Relating to this hearing and federal
Rule 41(d), Motion to Stay For cost of previously dismissed
action.

* I would allso please Like to inform the Court
and the defense Counsel at this time. That I
am having delivered a Subpoena For Anchorage
Equal Rights Commission Case File K6-011, Poet/ANHS.
A copy of which I will allso deliver to the office
of opposing Counsel on the day I Recieve it, ...
(10-26-2006.)
I plan to introduce Facts From this case file
that directly Relate to this hearing on Nov. 2nd
2006, and directly Relate to Rule 41(d) Federal, Civil.
Specifically, Motion to Stay For costs of previously
dismissed action.

I would Like to thank the Court For the Courts
Patience and Understanding in these Matters.

                    Thank you, Your Honor.
                              Sincerely, from: James Andrew Poet
                                                10-24-2006

* Dated, at Anchorage, Alaska.
  This 24th day of October, 2006.

                    James Andrew Poet
                    James Andrew Poet

3.