**Name** James Andrew Poet

**Prison Number** NA

**Place of Confinement** NA

**Address** 645 G. Street Ste. 100 #765
Anchorage, Alaska 99501

**Telephone**

RECEIVED
OCT 27 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

James Andrew Poet,

Plaintiff,

vs.

Anchorage Neighborhood Housing Services, Inc.,

Defendant(s).

Case No. 3:06-CV-00119 TMB

**MOTION**

to/for NOTE CONCERNING MY AERC INVESTIGATIVE CASE FILE

I, James Andrew Poet, proceeding without a lawyer, move to/for* information for Court and opposing Counsel

under the following statute(s)/rule(s) (if known) _____

for the following reason(s): My meeting with Barbara Jones at the AERC Offices on Monday Oct. 23rd, 2006. Were so extensive concerning Civil Rights Laws and my case file at AERC. That I forgot the fact that Barbara Jones mentioned that it is not my responsibility to

PS 15 (effective 8/05)

Pg. 1 of 3

Provide a copy of my AERC investigative case file to the oppossing attorney.

* A copy of my correspondence with Barbara Jones is attached with this note.

In light of this and the fact that I am disabled, indigent and on a fixed income. And because of the sheer volume of my AERC investigative case file, I simply do not have the funds (it being the end of the month) to provide a copy of this file to oppossing counsel. Because of these facts, I cannot provide a copy of this case file to oppossing counsel as I said I would in my motion on Hearing Nov. 2nd, filed with the Clerk of Court and dated Oct. 24th, 2006.

### Declaration Under Penalty of Perjury

I, James Andrew Polt, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: OCT. 27th, 2006, at Anchorage, Alaska.

Signature

### Certificate of Service

I certify that, on OCT. 27th, 2006 a copy of this motion
(Date of mailing or handing to Correcitonal Officer)
was served, by ~~first class U.S. mail~~ Hand delivered, on Office of Attorney Clayton H. Walker, Jr. (Opposing Party or Counsel)
at 921 W. 6th Avenue, Anchorage, Alaska.
(Address)

Signature

PS 15 (effective 8/05)            Pg. 2 of 3            MOTION