# Municipality of Anchorage

632 West 6th Avenue, Suite 110 • Telephone: (907) 343-4342 • Fax: (907) 343-4395 • TTY: (907) 343-4894
Mailing Address: P.O. Box 196650 • Anchorage, Alaska 99519-6650
http://www.muni.org

*Mayor Mark Begich*

## Equal Rights Commission

RECEIVED
OCT 27 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

October 25, 2006

James A. Polt
645 G Street, Ste. 100, #765      Held for pickup for October 26, 2006
Anchorage, AK 99501

Re:   Your letter of October 24, 2006

Dear James:

I received your letter dated October 24, 2006. You are very welcome for the response to your inquiries on Monday. As you know, our office is here to assist individuals who believe they have discriminated against and to provide referrals if our agency cannot assist them. I have referred you and refer you again to the Northern Justice Project at 351-5096, which a~~~~~~~~~~~luals in civil actions, and to the U.S. District Court Pro Se Staff Attorney ~        vho assists individuals acting as their own attorney in cases in U.S. District ourt.

As we discussed this week, I am willing to comply with your subpoena to appear at the hearing in federal court on November 2, 2006, at 10:00 a.m., however I do not know the purpose of the hearing and more importantly, I do not know if the judge will allow me to testify. <u>I must inform you that I cannot, and the judge will not allow me, to express an opinion on the different types of cases: your personal injury case in state court compared to your discrimination case in federal court</u>. Similarly, our agency will comply with the subpoena for your investigative case file. But again, I do not know the purpose of the hearing or if the judge will let me testify on the substance or contents of the investigative case file. It may be that the contents of the file will speak for itself. Finally, you have offered to provide a copy of the case file to the opposing attorney. However, as I mentioned the other day, our agency typically lets the opposing party know when we have a request for a copy of a case file and we produce it directly to the opposing party if that party is willing to pay reasonable copying fees.

I look forward to seeing you on Thursday to pick up your copy of your investigative case file. Please let me know if there is any further assistance that I can offer you.

Sincerely,

*Barbara Jones*

Barbara A. Jones
Executive Director
BAJ:jab
G:\erc\Archives\Closed or Unperfected Cases Archived 2006\Polt v ANHS Adelaide Apts\Letter to James Polt 20061025.doc

*Community, Security, Prosperity*