James Andrew Polt

**Name**

N A

**Prison Number**

N A

**Place of Confinement**

645 6. Street ste. 100 #765

Anchorage, alaska 99501

**Address**

N A

**Telephone**

RECEIVED

NOV 0 2 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

James Andrew Polt ,

**Plaintiff,**

vs.

Anchorage Neighborhood ,

housing Services, inc. ,

**Defendant(s).**

Case No. 3:06-CY-00119 TMB

# *MOTION*

NOV. 2nd 2006, 10:00 A.M HEARING COURT RM. 1

to/for Plaintiffs Preperatory notes
IN Defense of Defendants Motion [9]
TO ACTION IN this Case (discrimination).
For Costs of Previously dismissed
(Personal injury) claim in State Court

I, James Andrew Polt , proceeding without a lawyer, move

Show. That this discrimination claim. And previously dismissed

to/for Personal injury claim in State Court. Are two seperate actions
And therefore federal Rule 41D, is not applicable to stay action in this case.

under the following statute(s)/rule(s) (if known) Federal Rule 41(d)

for the following reason(s): Plaintiffs Right to a Proper defense
i/e (A chance to properly defend himself)
IN these hearings. And in the interests of justice,
These facts should be carefully weighed and considered.

PS 15 (effective 8/05)

Pg. 1 of 11

---

---

---

---

---

---

---

---

## Declaration Under Penalty of Perjury

I, _James Andrew Polt_, declare under penalty of

perjury, that I have reviewed the above motion, and that the information contained

in this motion is true and correct.

DATED: _November 2nd, 2006_, at _Anchorage, Alaska._.

_Signature_

## Certificate of Service

I certify that, on _Nov. 2nd, 2006_ a copy of this motion

(Date of mailing or handing to Correcitonal Officer)

✓ HAND delivery

was served, by first ~~class U.S. mail~~, on _Clayton H. Walker Jr._

(Opposing Party or Counsel)

at _222 w. 7th ave. Anchorage, Alaska 99501._.

(Address)

_Signature_

PS 15 (effective 8/05)                    2                    MOTION

Pg. 2 of 17