```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

JAMES ANDREW POLT  vs.  ANCHORAGE NEIGHBORHOOD HOUSING SERVICES

BEFORE THE HONORABLE TIMOTHY M. BURGESS

CASE NO 3:06-cv-00119-TMB

DEPUTY CLERK/RECORDER:    Patty Demeter

APPEARANCES:    PLAINTIFF: James Andrew Polt (Pro Se)

                DEFENDANT: Clayton H. Walker Jr.

PROCEEDINGS: HEARING ON MOTION TO STAY (DKT 9) HELD 11/2/06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 10:03 a.m. Court convened.

Court and counsel heard.

Plaintiff's Motion for Plaintiff Preparatory Notes in Defense of Defendant's Motion to Stay FILED on the record.

This case is DISMISSED without prejudice.

Court DENIED Defendant's request for costs. All pending motions are DENIED as MOOT.

At 10:44 a.m. Court Adjourned.

DATE:11/2/06                    DEPUTY CLERK'S INITIALS: pld