In The District Court United States
For The District Of Alaska

**RECEIVED**
NOV 0 6 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

James Andrew Port,
   Plaintiff

V.

Anchorage Neighborhood
Housing Services, inc

Case No. 306-CY-00119 TMB

MOTION

Thanking The Court.

Thank you Court for being Kind and fair and Hearing my Case.

Sincerely, from:
James Andrew Port
11-3-2006

The undersigned certifys that a copy of this Motion Thanking The Court was sent via U.S Mail on Nov. 3rd, 2006. to: Attorney Clayton H. Walker, jr. at 921 W. 6th avenue Suite #200 Anchorage, Alaska, 97501

*James Andrew Polt*