James Andrew Polt
645 G. Street Ste. 100 #765
Anchorage, Alaska, 99501-3471

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

JAMES ANDREW POLT,
    Plaintiff.

V.

Anchorage Neighborhood Housing Services, INC,
    Defendant.

Case. No. 3:06-CY-00119 TMB

**\* AMENDED MOTION** thanking The Court.

Signed in Sincerely Earthly this 6th day of November, 2006. James A. Polt.

RECEIVED NOV 07 2006 CLERK, U.S. DISTRICT COURT ANCHORAGE, ALASKA

\* This is Re-Purposed Paper

I thank the Court, For Kindness and fairness concerning this case, 3:06CY-00119 TMB.
And I Thank God; (my God Jesus Christ), For amended pleadings.
Having a Nerological disorder, My Brain is not working on all cylinders at all times. It's Like my Brain needs a day or two and an amendment to catch up to what my pen is writing.
I Realize its hard enough for the Court to deal with pro se Litigators unlearned in the intricacies of Law. To deal with a disabled, Neurologically challenged pro se Litigator, Took a lot of heart and patience on The Courts behalf, (in my opinion.).
My faith in the Justice System is Bolstered. And I am glad that federal Laws to protect the disabled are being honored and up help in the federal Court System by knowledgable Judges. Those Civil Rights Laws are darn good Laws which Congress established, again, (in my opinion) as a PRO SE LITIGATOR, And proud and thankful! Citizen of these Great United States.
Thank you! Court once again: sincerely. from: James A. Polt.

# Certificate of Service

The Undersigned Certifys that on November 6th, 2006 that a true and Correct Copy of the foregoing Amended Motion thanking the Court was sent via U.S Mail to: Attorney Clayton H. Walkuijn, at 921 W. 6th avenue Suite #200 Anchorage, Alaska. 99501

※ and I can Certify this because the U.S postal Service Is an Awesome governmentally Run, institution, Which awesomely serves the public and is a most vital component of the U.S justice system. Thank you! US postal Service.

# (For my opinion stated is a [Prison Laboratory])

※ this is Re-purposed paper