IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JAMES ANDREW POLT,<br><br>               Plaintiff,<br>    vs.<br><br>ANCHORAGE NEIGHBORHOOD<br>HOUSING SERVICES INC.,<br><br>               Defendant. | Case No. 3:06-cv-00119- TMB<br><br><br><br>**JUDGMENT<br>IN A CIVIL CASE** |

\_\_\_   **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 XX   **DECISION BY COURT**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is DISMISSED WITHOUT PREJUDICE.

APPROVED:

 /s/ Timothy M. Burgess
    **TIMOTHY M. BURGESS**
    United States District Judge

 November 8, 2006                                                                       /s/ Ida Romack
            Date                                                             IDA ROMACK, CLERK OF COURT